Donald A. Driggs
Post Office Box 405
Spring Park, MN  55384
(952) 270-6700

RECEIVED

13 MAY 16 PM 4:01

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

**VIA U.S. MAIL**

May 16, 2013

Clerk of Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

*In Re*  *Donald Andrew Driggs*
*Chapter 11*
*Court File No. 13-42355*

Dear Clerk of Court:

Enclosed for filing please find the Amended Creditor's Matrix in the above referenced matter. If there are any questions, please call me at the phone number listed above.

Sincerely,

Donald A. Driggs

Encl.
DD/hn

ARNEL OIL CO
33 OLD HYW 8 NW
NEW BRIGHTON MN 55112

ACMC
PO BOX 1318
WILLMAR MN 56201

BANK OF AMERICA
PO BOX 15726
WILMNGTON DE 19886-5726

CHASE BANK
PO BOX 78420
PHEONIX AZ 85062 8420

CHASE CARDMEMBER SERVICES
PO BOX 94014
PALATINE IL  60094-4014

CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440-1144

CITI MORTGAGE
PO BOX 790005
ATN MS 305
SAINT LOUIS MO 63179-0005

CITI MORTGAGE
PO BOX 689196
DES MOINES IA 50368-9196

CITY OF ORONO
PO BOX 66
CRYSTAL BAY MN 55323

CONVERGENT OUTSOURCING INC
800 SW 39TH
PO BOX 9004
RENTON WA 48393-1022

COY & ASSOCIATES
5700 SMETANA DR STE 110
HOPKINS MN 55343

CROWN BANK EDINA
6600 FRANCE AVE SO
EDINA MN 55435

DOOLEYS PETROLEUM INC
PO BOX 100
MURDOCK MN 56271

FIRST NATIONAL BANK OF LAKES
2445 SHADYWOOD RD
NAVARRE MN 55392

HINSHAW & CULBERTSON
333 S 7TH ST
SUITE 2000
MINNEAPOLIS MN 55402

JC CHRISTENSEN & ASSOCIATES INC
PO BOX 519
SAUK RAPIDS MN 56379

MARILYN WASIK
3201 HENNEPIN AVE
MINNEAPOLIS MN 55408

ROD MCCHARLES
7650 HALSTEAD DR
MINNETRISTA MN 55364

ROMER & ASSOCIATES
2318 1ST AVE SO
MINNEAPOLIS MN 55404-0000

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE TX 75067

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS TX 75265 0783

NORTHERN STATES POWER
EXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

SARAH MOLLET
2277 CARTER AVE
SAINT PAUL MN 55108

TRANSWORLD SYSTEM
PO BOX 15520
WILMINGTON DE 15520

UPTOWN TRANSFER
3040 FOURTH AVE SO
MINNEAPOLIS MN 55402

WELLS FARGO HOME MTG
PO BOX 5296
CAROL STREAM IL 60197-5296