B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   Donald Andrew Driggs

Debtor(s)

Case No. 13-42355

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nationstar Mortage<br>350 Highland Drive<br>Lewisville TX 75067 | Nationstar Mortage<br>350 Highland Drive<br>Lewisville TX 75067 | | | 578,570.00 |
| Chase Bank<br>PO Box 78420<br>Phoenix AZ 85062-8420 | Chase Bank<br>PO Box 78420<br>Phoenix AZ 85062-8420 | | | 390,000.00 |
| Citi Mortgage<br>PO Box 790005<br>Attn MS305<br>Saint Louis MO 63179-0005 | Citi Mortgage<br>PO Box 790005<br>Attn MS305<br>Saint Louis MO 63179-0005 | | | 349,000.00 |
| Hinshaw & Culbertson<br>333 S. 7th Street Ste 2000<br>Minneapolis MN 55402 | Hinshaw & Culbertson<br>333 S. 7th Street Ste 2000<br>Minneapolis MN 55402 | | | 180,000.00, |
| Marilyn Wasik<br>3201 Hennepin Ave So<br>Minneapolis MN 55408 | Marilyn Wasik<br>3201 Hennepin Ave So<br>Minneapolis MN 55408 | | | 128,446.00 |
| Crown Bank Edina<br>6600 France Ave So<br>Edina MN 55435 | Crown Bank Edina<br>6600 France Ave So<br>Edina MN 55435 | | | 96,540.00 |
| Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream IL 60197-5296 | Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream IL 60197-5296 | | | 75,000.00 |
| Bank of America<br>PO Bo 15726<br>Wilmington DE 19886-5726 | Bank of America<br>PO Bo 15726<br>Wilmington DE 19886-5726 | | | 56,353.00 |
| Coy & Associates<br>5700 Smetana Dr Ste 110<br>Hopkins MN 55343 | Coy & Associates<br>5700 Smetana Dr Ste 110<br>Hopkins MN 55343 | | | 15,626.50 |
| Convergent Outsourcing Inc<br>800 SW 39th, PO Box 9004<br>Renton WA 48393-1022 | Convergent Outsourcing Inc<br>800 SW 39th, PO Box 9004<br>Renton WA 48393-1022 | | | 13,540.34 |
| David Umbehocker<br>386 Shoreline Drive<br>Wayzata MN 55391 | David Umbehocker<br>386 Shoreline Drive<br>Wayzata MN 55391 | | | 1,574.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Donald Andrew Driggs   
                   Debtor(s)

Case No. 13-42355   
Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chase Cardmember Svcs. PO Box 94014 Palatine IL 60094-4014 | Chase Cardmember Svcs. PO Box 94014 Palatine IL 60094-4014 | | | 11,159.00 |
| Centerpoint Energy PO Box 1144 Minneapolis MN 55440-1144 | Centerpoint Energy PO Box 1144 Minneapolis MN 55440-1144 | | | 9,036.11 |
| Romer & Associates 2318 First Ave So Minneapolis MN 55404 | Romer & Associates 2318 First Ave So Minneapolis MN 55404 | | | 7,132.19 |
| First National Bank of Lakes 2445 Shadywood Rd Navarre MN 55392 | First National Bank of Lakes 2445 Shadywood Rd Navarre MN 55392 | | | 5,779.00 |
| Dooley's Petroleum Inc PO Box 100 Murdock MN 56271 | Dooley's Petroleum Inc PO Box 100 Murdock MN 56271 | | | 4,563.24 |
| Xcel Energy PO Box 9477 Minneapolis MN 55484-9477 | Xcel Energy PO Box 9477 Minneapolis MN 55484-9477 | | | 4,077.25 |
| Joseph T Disch et al 11189 Hillsboro Ave No Champlin MN 55316-3128 | Joseph T Disch et al 11189 Hillsboro Ave No Champlin MN 55316-3128 | | | 1,904.20 |
| City of Orono PO Box 66 Crystal Bay MN 55323 | City of Orono PO Box 66 Crystal Bay MN 55323 | | | 1,709.94 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Donald Andrew Driggs**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   5/26/13                          Signature   /s/ Donald Andrew Driggs   
                                                                                          **Donald Andrew Driggs**   
                                                                                          Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Donald Andrew Driggs,

            Debtor(s).

**SIGNATURE DECLARATION**

Case No. 13-42355

\_\_\_ PETITION, SCHEDULES & STATEMENTS
\_\_\_ CHAPTER 13 PLAN
\_\_\_ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
_x_ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
\_\_\_ MODIFIED CHAPTER 13 PLAN
\_\_\_ OTHER (Please describe:_____)

    I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 5/26/13

X _____       X _____
Signature of Debtor or Authorized Representative     Signature of Joint Debtor

Donald Andrew Driggs            Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)