```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF MINNESOTA
                        MINNEAPOLIS DIVISION
```

In Re:

Donald A. Driggs                              Chapter 11
                                              Case No. 13-42355

                                              NOTICE OF APPEARANCE AND
                                                 REQUEST FOR NOTICE
                    Debtor.
-------------------------------

   Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes an appearance on behalf of:

   JPMorgan Chase Bank, National Association,

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

            JPMorgan Chase Bank, National Association
            c/o USSET, WEINGARDEN & LIEBO, P.L.L.P.
            4500 Park Glen Road, Suite 300
            St. Louis Park, MN 55416
            (952) 925-6888

Dated: June 6, 2013
                    USSET, WEINGARDEN & LIEBO, P.L.L.P.

                    By:  /s/ Paul A. Weingarden
                         Paul A. Weingarden, #115356
                         Attorney for Movant
                         4500 Park Glen Road, #300
                         Minneapolis, MN 55416
                         (952) 925-6888