Donald A. Driggs
P. O. Box 405
Spring Park, MN  55384
(952) 270-6700

RECEIVED

13 JUN -6 AM 9: 20

U.S. BANKRUPTCY COURT
MPLS, MN

June 3, 2013

United States Bankruptcy Court
Clerk of Court
300 South Fourth Street, Room 1013
Minneapolis, MN  55415

*In re:*  *Donald A. Driggs*
      *Court File Number: 13-42355-GFK*

Dear Clerk of Court:

Enclosed for filing in the above referenced matter please find a list of creditors that need to be added to the original Matrix filed previously in this case. If you have any questions or concerns, please feel free to contact me at the phone number listed above.

Sincerely,

Donald A. Driggs

DD:hn
Encl.

A. J. DRIGGS
12135 13TH ST NW
SPICER MN 56288

BDS
2430 ENTERPRISE DRIVE
SAINT PAUL MN  55120

BERGERSON CASWELL
5115 INDUSTRIAL STREET
MAPLE PLAIN MN  55359

CITY OF ORONO
2750 KELLEY PARKWAY
CRYSTAL BAY  MN  55323

DAVID UMBEHOCKER
3860 SHORELINE DRIVE
WAYZATA MN  55391

DISCH, JOSEPH ET AL
11189 HILLSBORO AVE NO
CHAMPLIN MN  55316-3128

LDC COLLECTIONS
PO BOX 4967
TRENTON NJ  08650-4967

MINNEAPOLIS FINANCE DEPT
PO BOX 77028
MINNEAPOLIS MN  55480

MN DEPT OF LABOR & INDUSTRY
443 LAFAYETTE ROAD
SAINT PAUL MN  55155

PARK HEATING & COOLING
7801 PARK DRIVE
CHANHASSEN MN  55317

PAUL REGIONAL WATER SERVICE
1900 RICE STREET
SAINT PAUL MN  55113

RMS
4836 BRECKSVILLE ROAD
RICHFIELD OH  44286

```
TONY MUDEK WASTE SERVICE
BOX 248
NEWPORT MN 55055

YOCUM OIL
2719 STILLWATER ROAD
SAINT PAUL MN 55119
```