*# 198736*

# United States Bankruptcy Court

## District of Minnesota

In re: Donald Andrew Driggs

(Debtor)

Case No. 13-42355-GFK

Chapter: 11

---

## AMENDED SCHEDULES

The Debtor, Donald A Driggs, has amended his chapter 11 schedules.  Amended schedules include A, B, C, E, and F.  Enclosed is the Amended Schedules.

ɒ re Donald Andrew Driggs ,
       Debtor

Case No. 13-42355
       (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3245 Hennepin Avenue | | | 125,000.00 | 462,570.00 |
| 3990 Sunset Drive | | | 425,000.00 | 689,000.00 |
| 3201 Hennepin Avenue | | | 95,000.00 | 280,000.00 |
| 2925 Casco Point Road | | | 425,000.00 | 766,646.00 |
| 28317 – 145th Street NE | | | 50,000.00 | 125,800.00 |
| 4400 Deering Island | | | 425,000.00 | 815,000.00 |
| | | Total▷ | 1,545,000.00 | |

(Report also on Summary of Schedules.)

12/94

## FORM 16B. CAPTION (SHORT TITLE)

*(May be used if 11 U.S.C. § 342(c) is not applicable)*

# United States Bankruptcy Court

## District Of Minnesota

In re <u>Donald Andrew Driggs</u> ,
      **Debtor**

Case No. <u>13-42355</u>

Chapter <u>11</u>

## ADDENDUM TO SCHEDULE B – PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Suburban SUV<br>1999 Rockwood Roo Trailer<br>1988 Donzi with trailer<br>Hallmark Storage Trailer<br>4 Miscellaneous older boat trailers (not road worthy)<br>1993 Suburban SUV | | 6,000.00<br>3,000.00<br>6,000.00<br>600.00<br>400.00<br><br>300.00 |
| | | Pontoon boat (homebuilt) with trailer | | 500.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | 1 Push mower and miscellaneous garden tools<br>Miscellaneous hammers, wrenches<br>Miscellaneous outdoor patio furniture<br>Possible tax refunds<br>Boat Docks | | 150.00<br>50.00<br>75.00<br>0.00<br>4,000.00 |
| | | **TOTAL.** | | 21,075.00 |

In re  Donald Andrew Driggs
        Debtor

Case No.  13-42355
              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property-." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | 7,181.39 |
| 2. Checking, savings or other cial accounts, certificates of or shares in banks, savings and loan, thrift, building and loan, and stead associations, or credit brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | | 5,475.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(l). Give particulars. (File separately the record(s) of any interest(s). 11 U.S.C. §521(c).) | X | | | |

In re  Donald Andrew Driggs                          Case No. _____ 13-42355 _____
       Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interest in Black Lake, LLC; approx value One Mile Long, LLC; approximate value | | 50,000.00 1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Regal One, LLC; Great Regal Management | | 1,200.00 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Tenants Outstanding Rents | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Chase Bank Chase Attorneys Commerce Bank Jim Senski, President of Commerce Bank Brian Mallak, Commerce Bank | | |

B0B (Official Form 6B) (12/07)—Cont.

In re  **Donald Andrew Driggs**                              Case No. _____13-42355_____
             Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. (Continued) | | Bank of the Lakes | | |
| | | Dave Delaney, State Bank of Delano | | |
| | | Tom Delaney, State Bank of Delano | | |
| | | Steve Gilmer, State Bank of Delano | | |
| | | Bank of Delano | | |
| | | Henshaw & Culbertson | | |
| | | Jamie Pearce | | |
| | | Thomas Wallrich | | |
| | | Wayne Nelson, Heritage Bank | | |
| | | Officers of Heritage Bank | | |
| | | James Geske | | |
| | | Wilfred Geske & Cook | | |
| | | Troy Clark | | |
| | | Aurora Bank | | |
| | | Nationstar Mortgage | | |
| | | Farmers Insurance | | |
| | | Assurant | | |
| | | Wells Fargo | | |
| | | CitiMortgage | | |
| | | Theodore Sveida | | |
| | | Brian Nygaard | | |
| | | Christy Zellmann | | |
| | | Marilyn Wasik | | |
| | | Ray Baylor, Baylor Construction | | |
| | | Baylor Construction | | |
| | | Rod McCharles | | |
| | | Romer & Associates | | |
| | | Crown Bank | | |
| | | Rebecca Siehr | | |
| | | Rick Sayler | | |
| | | Sheila Sayler | | |
| | | Joseph H Sayler | | |
| | | Sarah Mollet | | |
| | | Matt Keiser | | |
| | | Holley Neff | | |
| | | Martin Zeller | | |

In re  <u>Donald Andrew Driggs</u>　　　　　　　　　　　Case No.　　<u>13-42355</u>
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, Franchises, and other general intangibles. Give particulars. | | Rental License | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individual in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Eight Foot Utility Trailer | | 350.00 |
| 26. Boats, motors, and accessories. | | (See attached Addendum for boats) | | 32,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Gateway Computer | | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Three Riding Lawn Mowers (see attached addendum for additional items) | | 1,350.00 |

　　　　　　　　　　　　　　　__3__ continuation sheets attached   Total> | $　　　　99,656.39

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re : Donald Andrew Driggs _____ ,    Case No. 13-42355 _____
                    Debtor                                              (If known)

## ADDENDUM TO SCHEDULE B – PERSONAL PROPERTY

(Continuation)

| TYPE OF PROPERTY | Description of Property | Value of Property |
|---|---|---|
| 26. Boats, motors, and accessories | Larson 1938 w/trailer | 10,000.00 |
| | Larson 1957 Boat | 200.00 |
| | Larson 1957 | 200.00 |
| | 1955 Larson w/trailer | 500.00 |
| | Aristo-craft w/trailer | 100.00 |
| | Swedish Launch | 2,500.00 |
| | 1940 Hydroplane | 400.00 |
| | 1940 Hydroplane | 400.00 |
| | Boston Whaler w/trailer | 6,500.00 |
| | Pontoon Boat (handbuilt) w/trailer | 500.00 |
| | 12' Aluminum Boat | 200.00 |
| | 14' Aluminum Boat Wood trim | 100.00 |
| | Canoe Fiberglass (leaks) | 100.00 |
| | 21' Larson Wood w/trailer Wreck | 10,000.00 |
| | 17' Larson Wood Gray Wreck no hardware (Pattern) | 600.00 |
| | 14' Fiberglass Red/White 195x | 50.00 |

B 6B (Official Form 6B) (12/07)

In re Donald Andrew Driggs _____ ,        Case No. __13-42355_____
              *Debtor*                                          *(if known)*

# ADDENDUM TO SCHEDULE B – PERSONAL PROPERTY

(Continuation)

| TYPE OF PROPERTY | Description of Property | Value of Property |
|---|---|---|
| | 14' Fiberglas Blac/White | 50.00 |
| | 1960 Johnson 6 cylinder | 50.00 |
| | 6 outboard motors (fire damaged) | 50.00 |

In re Donald Andrew Driggs _____,    Case No. 13-42355 _____
              Debtor                                              (If known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Household Goods and Furnishings | Minn. Stat. Section 550.37(4)(b) | 5,475.00 | 5,475.00 |
| Wearing Apparel | Minn. Stat. Section 550.37(4)(a) | 500.00 | 500.00 |
| Larson 1938 w/trailer | *************** | 10,000.00 | 10,000.00 |
| Larson 1957 Boat | | 200.00 | 200.00 |
| Larson 1957 | | 200.00 | 200.00 |
| 1955 Larson w/trailer | | 500.00 | 500.00 |
| Aristo-craft w/trailer | | 100.00 | 100.00 |
| Swedish Launch | | 2,500.00 | 2,500.00 |
| 1940 Hydroplane | | 400.00 | 400.00 |
| 1940 Hydroplane | | 400.00 | 400.00 |
| Boston Whaler w/trailer | | 6,500.00 | 6,500.00 |
| Pontoon Boat (handbuilt) w/trailer | | 500.00 | 500.00 |
| 12ft Aluminum Boat | | 200.00 | 200.00 |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re  **Donald Andrew Driggs**                                 Case No. **13-42355**
_____                        _____
            *Debtor*                                                *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 14' Aluminum Boat Wood trim | ************** | 100.00 | 100.00 |
| Canoe Fiberglass (leaks) | | 100.00 | 100.00 |
| 21' Larson Wood w/trailer Wreck | | 10,000.00 | 10,000.00 |
| 17' Larson Wood Gray Wreck no hardware (Pattern) | | 600.00 | 600.00 |
| 14' Fiberglass Red/White 195x | | 50.00 | 50.00 |
| 14' Fiberglas Blac/White | | 50.00 | 50.00 |
| 1960 Johnson 6 cylinder | | 50.00 | 50.00 |
| 6 outboard motors (fire damaged) | | 50.00 | 50.00 |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced — — after the date of adjustment.

In re  Donald Andrew Driggs
       *Debtor*

Case No.  13-42355
*(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
*(Continuation Sheet)*

Type of Priority for Claims Listed on This Sheet

| CREDITOR 'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>KandiyohiCounty<br>PO Box 896<br>Willmar .MN 56201-0896 | | | **Property Taxes** | | | | **725.00** | **725.00** | **000** |
| Account No.<br><br>Hinshaw & Culbertson<br>333 S. 7th St, #2000<br>Minneapolis, MN 55402 | | | **Professional Fees** | | | X | **180,000** | **65,000** | **115,000** |
| Account No.<br><br>Holly Neff<br>3543 24th Ave S<br>Minneapolis, MN 55406 | | | **Administrative Expenses** | | | X | **1,668.75** | **1,668.75** | |
| Account No.<br><br>Coy & Associates<br>5700 Smetana dr., Ste. 110<br>Hopkins MN 55343 | | | **Professional Fees** | | | X | **546.92** | **546.92** | **0.00** |
| Sheet no. 1 of 1 continuation sheet attached to Schedule of Creditors Holding Priority Claims | | | Subtotals<br>(Total of this page) | | | | $182,940.67 | $67,940.67 | 115,000 |
| | | | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedule.) | | | | $182,940.67 | 67,940.67 | 115,000 |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 182,940.67 | 67,940.67 | 115,000 |

In re __Donald Andrew Driggs__
   (Debtor)

Case No._13-42355_____
   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor of the property of the debtor, as of the date of filing of the petition. The complete account number of any account that the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on the Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER <See instructions above.> | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACMC PO Box 1318 Willmar MN 56201 | | | | | | | 129.78 |
| ACCOUNT NO. | | | | | | | |
| Amel Oil Company 33 Old Hwy 8 NW New Brighton MN 55112 | | | | | | | 684.18 |
| ACCOUNT NO. | | | | | | | |
| Bank of America PO Box 15726 Wilmington DE 19886-5726 | | | | | | | 1,972.36 |
| ACCOUNT NO. | | | Repairs & Maintenance | | | | |
| BDS* 2430 Enterprise Drive Saint Paul MN 55120 | | | | | | | 7.20 |

__6__ continuation sheets attached

Subtotal▷ | $ | 2,793.52

Total▷ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Donald Andrew Driggs
　　　　(Debtor)

Case No. 13-42355
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Bergeson Caswell* <br> 5115 Industrial Street <br> Maple Plan, MN 55359 | | | | | | | 6.53 |
| **ACCOUNT NO.** <br> Centerpoint Energy* <br> PO Box 1144 <br> Minneapolis MN 55440-1144 | | | **Utility** | | | | 187.09 |
| **ACCOUNT NO.** <br> Centerpoint Energy* <br> PO Box 1144 <br> Minneapolis MN 55440-1144 | | | **Utility** | | | X | 129.17 |
| **ACCOUNT NO.** <br> Chase Cardmember Svcs.* <br> PO Box 790005 Attn MS305 <br> Palatine IL 60094-4014 | | | | | | | 390.56 |
| **ACCOUNT NO.** <br> City of Orono <br> 750 Kelley Parkway <br> Crystal Bay MN 55323 | | | **Utility** | | | | 26.25 |

Sheet no. 1 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 739.60

Total▷ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related

In re   Donald Andrew Driggs
       (Debtor)

Case No.  13-42355
         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Orono<br>750 Kelley Parkway<br>Crystal Bay MN 55323 | | | Utility | | | | 29.22 |
| ACCOUNT NO.<br>City of Orono<br>750 Kelley Parkway<br>Crystal Bay MN 55323 | | | Utility | | | | 4.36 |
| ACCOUNT NO.<br>Convergent Outsourcing, Inc<br>800 SW 39th, PO Box 9004<br>Renton WA 48393 | | | | | | X | 463.68 |
| ACCOUNT NO.<br>Convergent Outsourcing, Inc<br>800 SW 39th, PO Box 9004<br>Renton WA 48393 | | | | | | X | 7.07 |

Sheet no. 2 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $ 504.03

Total▷  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related

In re   Donald Andrew Driggs
(Debtor)

Case No.   13-42355
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation  Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David Umbehocker 3860 Shoreline Drive Wayzata MN 55391 | | | | | | | 200.00 |
| ACCOUNT NO. Joseph T Disch, et. Al 11189 Hillsboro Ave N Champlin MN 55316-3128 | | | | | | | 1,904.20 |
| ACCOUNT NO. Yocum Oil * 2719 Stillwater Road Saint Paul MN 55119 | | | | | | | 461.77 |
| ACCOUNT NO. LDC Collections* PO Box 4967 Trenton NJ 08650-4967 | | | | | | | 5.88 |
| ACCOUNT NO. Minneapolis Finance Dept.* PO Box 77028 Minneapolis MN 55480 | | | Utility | | | | 24.29 |

Sheet no.3 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  2,596.14

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related

In re   Donald Andrew Driggs
          (Debtor)

Case No.  13-42355
          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NSP dba Xcel Energy<br>PO Box 9477<br>Minneapolis MN 55484 | | | Utility | | | | 9.58 |
| ACCOUNT NO.<br>NSP dba Xcel Energy<br>PO Box 9477<br>Minneapolis MN 55484 | | | Utility | | | | 22.40 |
| ACCOUNT NO.<br>NSP dba Xcel Energy<br>PO Box 9477<br>Minneapolis MN 55484 | | | Utility | | | | 10.86 |
| ACCOUNT NO.<br>NSP dba Xcel Energy<br>PO Box 9477<br>Minneapolis MN 55484 | | | Utility | | | | 2.64 |
| ACCOUNT NO.<br>NSP dba Xcel Energy<br>PO Box 9477<br>Minneapolis MN 55484 | | | Utility | | | | 22.97 |

Sheet no. 4 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 68.45

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related

Case No. **13-42355**
(if known)

In re **Donald Andrew Driggs**
(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NSP dba Xcel Energy** PO Box 9477 Minneapolis MN 55484 | | | Utility | | | | 74.22 |
| ACCOUNT NO. **Park Heating & Cooling\*** 7801 Park Drive Chanhassen MN 55317 | | | Repairs and Maintenance | | | | 4.79 |
| ACCOUNT NO. **RMS \*** 4836 Brecksville Road Richfield OH 44286 | | | Utility | | | | 6.90 |
| ACCOUNT NO. **Rod McCharles** 7650 Halstead Drive Minnetrista MN 55364 | | | | | | X | 38.50 |
| ACCOUNT NO. **Tony Mudek Waste Service\*** Box 248 Newport MN 55055 | | | Utility | | | | 551.00 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▷ $ 675.41

Total▷ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related

In re  __Donald Andrew Driggs__
      (Debtor)

Case No.__13-42355_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Transworld System**<br>PO Box 15520<br>Wilmington DE 15520 | | | | | | X | 17.45 |
| ACCOUNT NO.<br>**William H. Henney***<br>5101 Thimsen Ave., Ste. 200<br>Minnetonka MN 55345 | | | **Legal Fees** | | | X | 0 |
| ACCOUNT NO.<br>**Marilyn Wasik**<br>3201 Hennepin Ave. S<br>Minneapolis, MN 55408 | | | | | | X | 0 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _6 of 6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 17.45

Total▷ $ 7,394.60
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related

# United States Bankruptcy Court

### District of Minnesota

In re: Donald Andrew Driggs
            (Debtor)

Case No. 13-42355-GFK

Chapter: 11

---

## AFFIDAVIT OF SERVICE

I Donald A. Driggs, declare under the penalty of perjury that I have sent a copy of the amended schedules to the attached listed entities via U.S. first class mail, and prepared the Affidavit of Service and that it is true and correct to the best of my information and belief.

Dated: 10 - 16 - 13



Signature

Subscribed and sworn to before me
This 16 day of October, 2013

Notary Public

JENNIFER STEIN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015

RECEIVED
13 OCT 16 PM 3:18
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Label Matrix for local noticing
0864-4
Case 13-42355
District of Minnesota
Minneapolis
Wed Oct 16 15:16:50 CDT 2013

Bank of America, N.A.
c/o Wilford, Geske & Cook, P.A.
8425 Seasons Pkwy, Suite 105
Woodbury, MN 55125-4393

FIA Card Services, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

JPMorgan Chase Bank, National Association
4500 Park Glen Road
Suite 300
St. Louis Park, MN 55416-4891

Nationstar Mortgage, LLC
Wilford, Geske & Cook, P.A.
8425 Seasons Pkwy, Suite 105
Woodbury, MN 55125-4393

WELLS FARGO BANK NA
25 N DALE ST 2ND FLR
ST PAUL, MN 55102-2227

Minneapolis
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

A. J. DRIGGS
12135 13TH ST NW
SPICER MN 56288-9314

ACMC
PO BOX 1318
WILLMAR MN 56201-1318

ARNEL OIL CO
33 OLD HYW 8 NW
NEW BRIGHTON MN 55112

AURORA LOAN SERVICES
2617 COLLEGE PARK
PO BOX 1706
SCOTTSBLUFF, NE 69363-1706

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726

BANK OF AMERICA
PO BOX 15726
WILMNGTON DE 19886-5726

BDS
2430 ENTERPRISE DRIVE
SAINT PAUL MN 55120-1143

BERGERSON CASWELL
5115 INDUSTRIAL STREET
MAPLE PLAIN MN 55359-8610

CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440-1144

CENTERPOINT ENERGY
PO BOX 4567
HOUSTON TX 77210-4567

CHASE BANK
PO BOX 78420
PHEONIX AZ 85062 8420

CHASE CARDMEMBER SERVICES
PO BOX 94014
PALATINE IL 60094-4014

CHASE CARDMEMBER SVCS
PO BOX 790005 ATTN MS305
PALATINE IL 60094-4014

CIT I MORTGAGE
PO BOX 689196
DES MOINES IA 50368-9196

CITI MORTGAGE
PO BOX 790005
ATN MS 305
SAINT LOUIS MO 63179-0005

CITY OF ORONO
2750 KELLEY PARKWAY
CRYSTAL BAY MN 55323

CITY OF ORONO
750 KELLEY PKWY
CRYSTAL BAY MN 55323

CITY OF ORONO
PO BOX 66
CRYSTAL BAY MN 55323-0066

CONVERGENT OUTSOURCING INC
800 SW 39TH
PO BOX 9004
RENTON WA 98057-9004

COY & ASSOCIATES
5700 SMETANA DR STE 110
HOPKINS MN 55343-9686

CROWN BANK EDINA
6600 FRANCE AVE SO
EDINA MN 55435-1805

DAVID UMBEHOCKER
3860 SHORELINE DRIVE
WAYZATA MN 55391-9785

DISCH, JOSEPH ET AL
11189 HILLSBORO AVE NO
CHAMPLIN MN 55316-3128

DOOLEYS PETROLEUM INC
PO BOX 100
MURDOCK MN 56271-0100

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2284


FIRST NATIONAL BANK OF LAKES
2445 SHADYWOOD RD
NAVARRE MN 55392

HINSHAW & CULBERTSON
333 S 7TH ST
SUITE 2000
MINNEAPOLIS MN 55402-2431

HOLLY L NEFF
3543 24TH AVE S
MINNEAPOLIS MN 55406-2529


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JC CHRISTENSEN & ASSOCIATES INC
PO BOX 519
SAUK RAPIDS MN 56379-0519

JPMorgan Chase Bank, National Association
3415 Vision Drive, Mail code: OH4-7142
Columbus, OH 43219-6009


KANDIYOHI COUNTY
PO BOX 896
WILLMAR, MN 56201-0896

LDC COLLECTIONS
PO BOX 4967
TRENTON NJ 08650-4967

MARILYN WASIK
3201 HENNEPIN AVE
MINNEAPOLIS MN 55408-3448


MINNEAPOLIS FINANCE DEPT
PO BOX 77028
MINNEAPOLIS MN 55480-7728

MN DEPT OF LABOR & INDUSTRY
443 LAFAYETTE ROAD
SAINT PAUL MN 55155-4301

MN DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447
ST PAUL MN 55164-0447


(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS TX 75265 0783

NORTHERN STATES POWER
EXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477


NORTHERN STATES POWER CO
XCEL ENERGY
3215 COMMERCE ST
LA CROSSE WI 54603-1755

NSP DBA XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-0001

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
PO Box 630267
Irving, TX 75063-0116


PARK HEATING & COOLING
7801 PARK DRIVE
CHANHASSEN MN 55317-9210

PAUL REGIONAL WATER SERVICE
1900 RICE STREET
SAINT PAUL MN 55113-6810

PYOD, LLC its successors and assigns as assi
of Roundup Funding L.L.C.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008


RMS
4836 BRECKSVILLE ROAD
RICHFIELD OH 44286-9178

ROD MCCHARLES
7650 HALSTEAD DR
MINNETRISTA MN 55364-9594

ROMER & ASSOCIATES
2318 1ST AVE SO
MINNEAPOLIS MN 55404-3405


SARAH MOLLET
2277 CARTER AVE
SAINT PAUL MN 55108-1661

TONY MUDEK WASTE SERVICE
BOX 248
NEWPORT MN 55055-0248

TRANSWORLD SYSTEM
PO BOX 15520
WILMINGTON DE 19850-5520

UPTOWN TRANSFER
3040 FOURTH AVE SO
MINNEAPOLIS MN 55408-2409

UPTOv1N TRANSFER
3040 4TH AVE SO
MINNEAPOLIS. MN 55408-2409

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

WELLS FARGO HOME MTG
PO BOX 5296
CAROL STREAM IL 60197-5296

WILLIAM H HENNEY
5101 THIMSEN AVE, STE 200
MINNETONKA MN 55345-4116

Wells Fargo Bank, NA
One Home Campus  MAC #X2302-04C
Bankruptcy Payment Processing
Des Moines, IA 50328-0001

YOCUM OIL
2719 STILLWATER ROAD
SAINT PAUL MN 55119-3694

DONALD ANDREW DRIGGS
POST OFFICE BOX 405
SPRING PARK, MN 55384-0405

Douglas Stone
H & R Block
6312 Minnetonka Blvd.
St. Louis Park, MN 55416-2061

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE TX 75067

(d)NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE, TX 75087

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CHASE CARDMEMBER SERVICES
PO BOX 94014
PALATINE. IL 60094-4014

(d)CONVERGENT OUTSOURCING INC
800 SW 39TH
PO BOX 9004
RENTON WA 98057-9004

(d)CitiMortgage, Inc.
PO Box 688971
Des Moines, IA 50368-8971

End of Label Matrix
Mailable recipients    68
Bypassed recipients     3
Total                  71