UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*******************************************************************************************

In re:

DONALD ANDREW DRIGGS,

    Debtor.

ORDER RE: DEBTOR'S DISCLOSURE STATEMENT AND PLAN

BKY 13-42355

*******************************************************************************************

At St. Paul, Minnesota
December 18, 2013.

This Chapter 11 case was commenced by the Debtor *pro se*. He filed a disclosure statement and plan without the assistance of counsel. The disclosure statement was set for hearing and that hearing was convened on December 17, 2013. In the meantime, the court approved the Debtor's employment of counsel, Joseph W. Dicker, who appeared for the Debtor at the hearing. Other appearances were noted. On the record made at the hearing,

IT IS HEREBY ORDERED:

1. The disclosure statement filed by the Debtor while he appeared *pro se* [Dkt. No. 33] is not approved.

2. The plan filed by the Debtor while he appeared *pro se* [Dkt. No. 34] shall not proceed to confirmation.

3. By *February 3, 2014*, the Debtor, through present counsel of record, shall file an amended plan and modified disclosure statement.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/18/2013*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk