**DEBTOR:** Donald A Driggs

**CASE NUMBER:** 13-42355-GFK

**MONTHLY OPERATING REPORT**
CHAPTER 11

**Form 2-A**
**COVER SHEET**

For Period Ending: February 28, 2014

**Accounting Method:** ☐ Accrual Basis  ☑ Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| ☑ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☑ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☑ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☑ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | 6. Narrative (Form 2-G) |
| ☑ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☑ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 3·/X·/4/

**Print Name:** Donald Driggs

**Signature:** _(signature)_

**Title:** _Debtor in possession_

Rev. 01/01/08

**DEBTOR:** Donald A Driggs                    **CASE NO:** 13-42355-GFK

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: Feb 1st   to Feb 28th

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 81,767.36 (1) | $ | 81,767.36 (1) |
| | | | | |
| 2. Cash Receipts | | | | |
|    Operations | | 1,565.00 | | 24,783.60 |
|    Sale of Assets | | 0 | | 0 |
|    Interest | | 3.52 | | 103,844.42 |
|    Refund | | 10.95 | | 18,346.36 |
| | | | | |
|    Total Cash Receipts | $ | 1,579.47 | $ | 146974.38 |
| | | | | |
| 3. Cash Disbursements | | | | |
|    Operations | | 10.95 | | 7,813.57 |
|    Debt Service/Secured loan payment | | 0 | | 0 |
|    Professional fees/U.S. Trustee fees | | 0 | | 2084 |
|    Transferred to 6564 | | 65,522.26 | | 129,375.82 |
| | | | | |
|    Total Cash Disbursements | $ | 65,533.21 | $ | 139,273.39 |
| | | | | |
| 4. Net Cash Flow (Total Cash Receipts less | | | | |
|    Total Cash Disbursements) | | -63,953.74 | | 7,700.99 |
| | | | | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 17,813.62 (2) | $ | 7,700.99 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | N/A | $ | 0 |
| DIP Operating Account | U.S. Bank | | 17813.62 |
| DIP State Tax Account | N/A | | 0 |
| DIP Payroll Account | N/A | | 0 |
| Other Operating Account | N/A | | 0 |
| Other Interest-bearing Account | N/A | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 17813.62 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*   Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| DEBTOR: | Donald A Driggs | CASE NO: | 13-42355-GFK |
|---------|-----------------|----------|--------------|

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 2/01/2014 to 2/28/2014

**CASH RECEIPTS DETAIL**          **Account No:** 1138
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/19/2014 | US Bank | Interest Paid | $ 3.52 |
| 2/19/2014 | US Bank | Fee Waived | 10.95 |
| 2/28/2014 | 3990 Apt #1 | Rent | 965.00 |
| 2/28/2014 | 29317 145th St | Rent | 600.00 |

**Total Cash Receipts**    $    1,579.47 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Donald A Driggs        **CASE NO:** 13-42355

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2/1/2014 to 2/28/2014

**CASH DISBURSEMENTS DETAIL**        **Account No:** 1138
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/18/2014 | | Transfer to 6564 | Insurance Payment | $ 30,000.00 |
| 2/18/2014 | | Transfer to 6564 | Insurance Payment | 33,780.65 |
| 2/18/2014 | | Transfer to 6564 | Insurance Payment | 1,741.61 |
| 2/19/2014 | | US Bank | Fee | 10.95 |

**Total Cash Disbursements**      $ 65,533.21 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Donald Driggs        **CASE NO:**    13-42355-GFK

### Form 2-C
### COMPARATIVE BALANCE SHEET
For Period Ended:    2/28/2014

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 17,813.62 | $ 0 |
| Accounts Receivable (from Form 2-E) | 0 | 0 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 0 | 0 |
| Other Current Assets :(List) _____ | 0 | 0 |
| _____ | 0 | 0 |
|     Total Current Assets | $ 17,813.62 | $ 0 |
| Fixed Assets: | | |
| Land | $ 1,600,000.00 | $ 0 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 0 | 0 |
|     Total Fixed Assets | 1,600,000.00 | 0 |
| Less: Accumulated Depreciation | ( 0 ) | ( 0 ) |
|     Net Fixed Assets | $ 1,600,000.00 | $ 0 |
| Other Assets (List):    Personal Property _____ | 13,670.00 | 0 |
| _____ | 0 | 0 |
|     **TOTAL ASSETS** | $ 1,631,483.62 | $ 0 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 0 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): _____ | 0 | 0 |
| _____ | 0 | 0 |
|     Total Post Petition Liabilities | $ 0 | $ 0 |
| Pre Petition Liabilities: | | |
| Secured Debt | 3,140,640.00 | 0 |
| Priority Debt | 0 | 0 |
| Unsecured Debt | 442,866.06 | 0 |
|     Total Pre Petition Liabilities | $ 3,583,506.06 | $ 0 |
|     **TOTAL LIABILITIES** | $ 3,583,506.06 | $ 0 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ -1,952,022.44 | $ 0 |
| Retained Earnings - Prepetition | | 0 |
| Retained Earnings - Post-petition | 0 | 0 |
|     **TOTAL OWNERS' EQUITY** | $ -1,952,022.44 | $ 0 |
|     **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 1,631,483.62 | $ 0 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period  2/1/2014  to  2/28/2014

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 1579.47 | $ | 76653.91 |
| Less: Discounts, Returns and Allowances | ( | ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 1,579.47 | $ | 76,653.91 |
| Cost of Goods Sold | | 0 | | 0 |
| **Gross Profit** | $ | 1,579.47 | $ | 76,653.91 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 0 | $ | 4,588.00 |
| Selling, General and Administrative | | 0 | | 1,194.17 |
| Rents and Leases | | 10.95 | | 1,012.90 |
| Depreciation, Depletion and Amortization | | 0 | | 0 |
| Other (list):  Tranfers | | 65,522.26 | | 92,142.72 |
| | | 0 | | 25.9 |
| Total Operating Expenses | $ | 65,533.21 | $ | 98,963.69 |
| **Operating Income (Loss)** | $ | -63,953.74 | $ | -22,309.78 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets | | 0 | | 0 |
| Interest Income | | 0 | | 0 |
| Interest Expense | | 0 | | 0 |
| Other Non-Operating Income | | 0 | | 0 |
| Net Non-Operating Income or (Expenses) | $ | 0 | $ | 0 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | | $ | 0 |
| Other Reorganization Expense | | 0 | | 0 |
| Total Reorganization Expenses | $ | 0 | $ | 0 |
| **Net Income (Loss) Before Income Taxes** | $ | -63953.74 | $ | -22309.78 |
| Federal and State Income Tax Expense (Benefit) | | 0 | | 0 |
| **NET INCOME (LOSS)** | $ | -63953.74 | $ | -22309.78 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Donald Driggs          **CASE NO:** 13-42355 GFK

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** February 28th

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | 2014 | $ 14798.35 | | | |
| February | 2014 | 63953.74 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 78752.09 $ | | | |
| April | | $ 0 | | | |
| May | 2013 | 780 | | | |
| June | 2013 | 2,728.97 | | | |
| TOTAL 2nd Quarter | | $ 3,508.97 $ | 325 | | |
| July | 2013 | $ 2,388.73 | | | |
| August | 2013 | 26,030.03 | | | |
| September | 2013 | 996.2 | | | |
| TOTAL 3rd Quarter | | $ 29414.96 $ | 650 | | |
| October | 2013 | $ 25,700.41 | | | |
| November | 2013 | 33,425.70 | | | |
| December | 2013 | 25,354.95 | | | |
| TOTAL 4th Quarter | | $ 84,481.06 $ | | | |

## FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|------------------------|-----|------------------------|-----|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999......... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999....... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999....... | $1,950 | $15,000,000 to $29,999,999......... | $20,000 |
| $300,000 to $999,999....... | $4,875 | $30,000,000 or more.................. | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*