## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In Re:                                                             **Court No. 13-42355-GFK**
                                                                                **Chapter 11**

Donald Andrew Driggs,

        Debtor.


### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This case came before the Court on the expedited motion of Mary Cocchiarella

seeking relief from the automatic stay.  The Debtor stipulated to the expedited motion,

and to the Movant's request for relief from the stay.  Based on the motion and the file,

IT IS ORDERED:

1.     Mary Cocchiarella's request for expedited hearing on the motion is granted.

2.     The automatic stay is lifted to permit Mary Cocchiarella to pursue her state

court post-petition claims against the Debtor, pursuant to Minn. Stat. §§ 504B.375,

504B.231, and 504B.225.

3.     Notwithstanding, Fed. R. Bankr. P. 4001(a)(3), this Order is effective

immediately.

BY THE COURT:

*/e/ Gregory F. Kishel*

Dated: _____March 25, 2014_____          _____
                                                                          Gregory F. Kishel
                                                                          Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/25/2014*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk