# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

**Donald Andrew Driggs,**                                                   Bky. No. 13-42355

**Debtor.**                                                                 Chapter 11 Case

## UNITED STATES TRUSTEE'S
## WITHDRAWAL OF OBJECTION

The United States Trustee withdraws his objection to the disclosure statement of the debtor.   The revised disclosure statement and plan (Docs. 98 and 99) resolve his objections.

Dated:   April 15, 2014

                                    DANIEL MCDERMOTT
                                    United States Trustee
                                    Region 12

                                    /e/Sarah J. Wencil
                                    Sarah J. Wencil
                                    Trial Attorney
                                    Office of U.S. Trustee
                                    Iowa Atty. No. 14014
                                    U.S. Courthouse, Suite 1015
                                    300 South Fourth Street
                                    Minneapolis, MN 55415
                                    TELE: (612) 334-1350

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Donald Andrew Driggs,**                                           Bky. No. 13-42355

    **Debtor.**                                                              Chapter 11 Case

---

**CERTIFICATE OF SERVICE**

---

The undersigned states that she electronically filed the United States Trustee's objection to disclosure statement, and thereby caused to be served electronically, the following individuals:

- Joseph W. Dicker     joe@joedickerlaw.com, joyce@joedickerlaw.com
- Kevin T Dobie     kevin@ouwlaw.com, alysa@ouwlaw.com;maria@ouwlaw.com;darren@ouwlaw.com;kong@ouwlaw.com;melissa@ouwlaw.com
- Thomas J. Hainje     thainje@logs.com, lwirth@logs.com
- Orin J Kipp     okipp@wilfordgeske.com, rtveit@wgcmn.com;jegge@wgcmn.com
- Jeffrey D. Klobucar     jklobucar@schillerandadam.com, candace@schillerandadam.com;kariann@schillerandadam.com;denise@schillerandadam.com
- Paul A Weingarden     alysa@ouwlaw.com, paul@ouwlaw.com;darrenkachan@ouwlaw.com;mariaaligah@ouwlaw.com;melissa@ouwlaw.com

Executed on April 15, 2014                          /s/ Sarah J. Wencil
                                                                              Sarah J. Wencil
                                                                              Office of the US Trustee