# Comparative Market Analysis



Researched and prepared by

**Zachary Pappas**

Prepared exclusively for

**Donald Driggs**

Subject Property

Zachary Pappas

612-267-6522
z.pappas@condo.com

# Comparative Market Analysis

## Minimums and Maximums

This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

*Price is expressed as the the Sold Price for solds, and List Price for all other listings.

Priced between $300,000 and $549,000

2 to 4 Bedrooms

1.00 to 3.00 Bathrooms

1,123 to 3,180 Square Feet

$164 to $436 per Square Foot

Built between 1900 and 2004

10 to 114 years old

# Comparative Market Analysis

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Sold Listings

| Address S= | Price | Bds | Bth | TFSF | $/Sq | Built | Style | Sold Date | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 4779 Crane Island | $490,000 | 2 | 1 | 1123 | $436 | 1910 | One 1/2 Stories | 09/16/2013 | 20 | 20 |
| 3700 Lee Road | $520,000 | 4 | 3 | 3180 | $164 | 1973 | One Story | 09/16/2011 | 138 | 729 |
| 640 Big Island | $300,000 | 3 | 1 | 1352 | $222 | 1920 | Two Stories | 06/07/2012 | 382 | 566 |
| 330 Big Island | $365,000 | 3 | 2 | 1940 | $188 | 1900 | Two Stories | 08/29/2013 | 496 | 1082 |
| Averages: | $418,750 | 3.0 | 1.8 | 1899 | $252 | 1926 | | | 259 | 599 |

### Temp Not Avail For Showing Listings

| Address S= | Price | Bds | Bth | TFSF | $/Sq | Built | Style | Off Market | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 180 Big Island | $549,000 | 3 | 2 | 1374 | $400 | 2004 | Two Stories | 10/02/2013 | 487 | 487 |
| Averages: | $549,000 | 3.0 | 2.0 | 1374 | $400 | 2004 | | | 487 | 487 |

| | |
|---|---|
| Median of Comparable Listings: | $490,000 |
| Average of Comparable Listings: | $444,800 |

On Average, the 'Sold' status comparable listings sold in 259.00 days for $418,750

Researched and prepared by **Zachary Pappas**
954 19th Ave NE Minneapolis, MN 55418-4651   612-267-6522



## CMA Comparables

This page outlines the subject property versus comparables properties.

 

| | Subject Property | Details | Details |
|---|---|---|---|
| | | 180 Big Is | 4779 Crane Is |
| MLS# | | 4158686 | 4382158 |
| Status | | Temp Not Avail For Showing | Sold |
| Sch Dist | | 276 - Minnetonka | 277 - Westonka |
| List Price | | $549,000 | $474,900 |
| Sold Price | | | $490,000 |
| S. Cntrbtn | | | |
| Off Mrkt | | 10/02/2013 | 07/10/2013 |
| Dt Closed | | | 09/16/2013 |
| CDOM | | 487 | 20 |
| Beds | | 3 | 2 |
| Baths | | 2 | 1 |
| Style | | (SF) Two Stories | (SF) One 1/2 Stories |
| Abv Sqft | | 884 | 1,123 |
| Blw Sqft | | 490 | 0 |
| Total Sqft | | 1,374 | 1,123 |
| Grg Stls | | 0.00 | 0.00 |
| Prk Char | | None | Driveway - Gravel, Driveway - Shared, Other |
| Year Built | | 2004 | 1910 |
| Lk/Wt | | Lake Front | Lake Front, Lake View, Dock, Association / |
| Lk/WF Nm | | Lake Minnetonka | Lake Minnetonka |
| Lot Sz | | 100x260 | 100x204 |
| Acres | | 0.57 | 0.45 |
| Fdtn Size | | 628 | 900 |
| Ext | | Wood, Brick/Stone | Wood |
| # FP | | 0 | 1 |
| Bsmt | | Walkout | None |
| Amenit | | Deck, Washer/Dryer Hookup | Deck, Porch, Dock, Hardwood Floors |

## CMA Comparables

This page outlines the subject property versus comparables properties.

 

| Subject Property | Details | Details |
|---|---|---|
| | 3700 Lee Rd | 640 Big Is |
| MLS# | 4029046 | 4036565 |
| Status | Sold | Sold |
| Sch Dist | 277 - Westonka | 276 - Minnetonka |
| List Price | $529,900 | $350,000 |
| Sold Price | $520,000 | $300,000 |
| S. Cntrbtn | | |
| Off Mrkt | 08/16/2011 | 05/04/2012 |
| Dt Closed | 09/16/2011 | 06/07/2012 |
| CDOM | 729 | 566 |
| Beds | 4 | 3 |
| Baths | 3 | 1 |
| Style | (SF) One Story | (SF) Two Stories |
| Abv Sqft | 1,680 | 1,352 |
| Blw Sqft | 1,680 | 0 |
| Total Sqft | 3,180 | 1,352 |
| Grg Stls | 2.00 | 0.00 |
| Prk Char | Attached Garage, Driveway - Asphalt, Garage Door Opener | None |
| Year Built | 1973 | 1920 |
| Lk/Wt | Lake Front, Lake View, Dock | Lake Front |
| Lk/WF Nm | Lake Minnetonka | Lake Minnetonka |
| Lot Sz | 218x97x310 | W 100X210X80X225 |
| Acres | 0.48 | 0.37 |
| Fdtn Size | 1,680 | 872 |
| Ext | Wood | Wood |
| # FP | 1 | 0 |
| Bsmt | Walkout, Full, Finished (Livable), Day/Lookout Windows | None |
| Amenit | Deck, Patio, Natural Woodwork, Hot Tub, Kitchen Window, Skylight, Vaulted Ceiling(s), Ceiling Fan(s), | Patio, Natural Woodwork, Sauna, Kitchen Window, Hardwood Floors |



## CMA Comparables

This page outlines the subject property versus comparables properties.




| Subject Property | Details |
|---|---|
| | 330 Big Is |
| MLS# | 4142940 |
| Status | Sold |
| Sch Dist | 276 - Minnetonka |
| List Price | $389,900 |
| Sold Price | $365,000 |
| S. Cntrbtn | |
| Off Mrkt | 08/27/2013 |
| Dt Closed | 08/29/2013 |
| CDOM | 1,082 |
| Beds | 3 |
| Baths | 2 |
| Style | (SF) Two Stories |
| Abv Sqft | 1,500 |
| Blw Sqft | 440 |
| Total Sqft | 1,940 |
| Grg Stls | 0.00 |
| Prk Char | Other |
| Year Built | 1900 |
| Lk/Wt | Lake Front, Dock |
| Lk/WF Nm | Lake Minnetonka |
| Lot Sz | W 90X150X85X130 |
| Acres | 0.32 |
| Fdtn Size | 860 |
| Ext | Wood |
| # FP | 1 |
| Bsmt | Walkout, Partial, Crawl Space, Finished (Livable), Day/Lookout Windows |
| Amenit | Deck, Dock, Natural Woodwork, Sauna, Kitchen Window, Ceiling Fan(s), Washer/Dryer Hookup |




Licensed Real Estate Broker in the State of Minnesota

To whom it may concern:

In my opinion the property located at 3245 Hennepin Ave S, Minneapolis, MN 55408 is valued at $125,000.

The subject property is a 4 unit Apartment Building located in "Uptown" Minneapolis. The current condition of the property is very poor considering it was severely damaged in a fire. As a result of the Fire Damage there are no comparable properties.

Considerations for Market Analysis:

- The city assessed the property at $134,000 in 2013.
- The value is primarily in the land.
- Building would need to be Demolished or Rehabbed to find comparable properties.
- Demolition cost would take away from the value.

Sincerely,

*Zach Pappas*

Zachary Pappas

z.pappas@condo.com - Cell-612-267-6522 -Fax-651-323-5104
954 19th Avenue NE
Minneapolis, MN 55418



**Hennepin County**
A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060
612-348-3011   www.hennepin.us

## Proposed levies & taxes   2014
2013 values for taxes payable in 2014

DONALD A. DRIGGS
2925 CASCO POINT RD
WAYZATA MN 55391-9412

**THIS IS NOT A BILL — DO NOT PAY**

Property ID No: 04-028-24 13 0065
3245   HENNEPIN AVE

### Property taxes statement schedule



**Step 1 — Value & classification**

| | TAX YEAR PAYABLE | 2013 | 2014 |
|---|---|---|---|
| | CLASS: | APT NHSTD | APT NHSTD |
| | Estimated Market Value: | $134,000 | $140,500 |
| | Homestead Exclusion: | $0 | $0 |
| | Other Exclusion/Deferral: | $0 | $0 |
| | Taxable Mkt Value: | $134,000 | $140,500 |



**Step 2 — Proposed levies & taxes**

| | |
|---|---|
| 2013 TAX | $2,932.97 |
| 2014 PROPOSED | $3,058.97 |
| Percent change | 4.3% |

*Now is the time to provide feedback on proposed levies.*
It is too late to appeal your value or classification without going to Tax Court.



**Property tax statement**
Coming March 2014, due May 15, 2014 and Oct 15, 2014

---

| Addresses for correspondence | Actual 2013 | Proposed 2014 | Meeting date & location |
|---|---|---|---|
| Hennepin County<br>A2400 Government Center<br>Minneapolis MN 55487<br>612-348-3011 | $845.99 | $897.96 | Nov 26, 2013  6:00 PM<br>Commissioner Board Room<br>A2400 Government Center<br>Minneapolis MN 55487 |
| City of Minneapolis<br>  Park Board:<br>  Remainder of City Tax:<br>Budget Director<br>Room 325M City Hall<br>Minneapolis MN 55415<br>311 | $217.98<br>$1,038.55 | $232.70<br>$1,068.75 | Dec 11, 2013  6:05 PM<br>Room 317<br>City Hall<br>350 5th Street S<br>Minneapolis MN 55415 |
| STATE GENERAL TAX | | | No meeting required |
| School District 001<br>  Voter Approved Levy:<br>  Other Local Levies:<br>  School District Total<br>Finance Department<br>1250 West Broadway<br>Minneapolis MN 55411<br>612-668-0197 | $235.95<br>$473.89<br>$709.84 | $159.01<br>$571.13<br>$730.14 | Dec 10, 2013  6:00 PM<br>Davis Center<br>Board Room<br>1250 West Broadway<br>Minneapolis MN 55411 |
| Metro Special Taxing Dist.<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805<br>651-602-1647 | $54.30 | $58.43 | Dec 11, 2013  6:00 PM<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805 |
| Other Spec. Taxing Dist:<br>Fiscal Disparity Tax:<br>Tax Increment Tax: | $66.31 | $70.99 | No meeting required<br>No meeting required<br>No meeting required |
| **TAX EXCLUDING SPECIAL ASSESSMENTS** | **$2,932.97** | **$3,058.97** | |