# Zachary Pappas

January 22, 2014

Donald Driggs
PO Box 405
Spring Park, MN 55384


Dear Mr. Driggs,


After searching the Multiple Listing Service "MLS" I wasn't able to find any 2, 3, or 4 unit buildings on Lake Minnetonka which have either been sold or listed in the past 5 years to compare the property located at 3990 Sunset Dr. Spring Park, MN 55348. In my opinion the best way to get a value for your property at 3990 Sunset Dr. would be to perform an income approach with a rental expert.


Sincerely, Zachary Pappas

Licensed Real Estate Broker in the State of Minnesota.



Hennepin County
A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060
612-348-3011    www.hennepin.us

## Proposed levies & taxes
### 2013 values for taxes payable in 2014

**2014**

DONALD A DRIGGS
2925 CASCO POINTE RD
WAYZATA MN 55391-9412

**THIS IS NOT A BILL — DO NOT PAY**

Property ID No: 17-117-23 33 0025
3990    SUNSET DR

### Property taxes statement schedule


### Value & classification

| | 2013 | 2014 |
|---|---|---|
| TAX YEAR PAYABLE | | |
| CLASS: | RES NHSTD | RES NHSTD |
| Estimated Market Value: | $524,000 | $515,000 |
| Homestead Exclusion: | $0 | $0 |
| Other Exclusion/Deferral: | $0 | $0 |
| Taxable Mkt Value: | $524,000 | $515,000 |


### Step 2 Proposed levies & taxes

| 2013 TAX | $7,136.26 |
|---|---|
| 2014 PROPOSED | $7,191.72 |
| Percent change | .8% |

**Now is the time to provide feedback on proposed levies.**
It is too late to appeal your value or classification without going to Tax Court.


### Property tax statement
Coming March 2014, due May 15, 2014 and Oct 15, 2014

| Addresses for correspondence | Actual 2013 | Proposed 2014 | Meeting date & location |
|---|---|---|---|
| Hennepin County<br>A2400 Government Center<br>Minneapolis MN 55487<br>612-348-3011 | $2,704.16 | $2,678.66 | Nov 26, 2013  6:00 PM<br>Commissioner Board Room<br>A2400 Government Center<br>Minneapolis MN 55487 |
| City of SPRING PARK<br>City of Spring Park<br>4349 Warren Ave<br>Spring Park MN 55384<br>952-471-9051 | $2,137.75 | $2,194.52 | Dec 2, 2013  7:30 PM<br>Spring Park City Hall<br>4349 Warren Ave<br>Spring Park MN 55384 |
| STATE GENERAL TAX | | | No meeting required |
| School District 277<br>  Voter Approved Levy:<br>  Other Local Levies:<br>  School District Total<br>Westonka Public Schools<br>5901 Sunnyfield Road East<br>Minnetrista MN 55364<br>952-491-8007 | $1,329.50<br>$419.10<br>$1,748.60 | $1,130.72<br>$635.54<br>$1,766.26 | Dec 9, 2013  7:00 PM<br>Community Room<br>Educational Service Center<br>5901 Sunnyfield Road E<br>Minnetrista MN 55364 |
| Metro Special Taxing Dist.<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805<br>651-602-1647 | $171.82 | $172.65 | Dec 11, 2013  6:00 PM<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805 |
| Other Spec. Taxing Dist:<br>Fiscal Disparity Tax:<br>Tax Increment Tax: | $373.93 | $379.63 | No meeting required<br>No meeting required<br>No meeting required |
| TAX EXCLUDING SPECIAL ASSESSMENTS | $7,136.26 | $7,191.72 | |