# Comparative Market Analysis



No Picture Available

| Researched and prepared by | Subject Property |
|---|---|
| **Zachary Pappas** | |
| Prepared exclusively for | |
| **Donald Driggs** | |

Zachary Pappas

612-267-6522
z.pappas@condo.com

# Comparative Market Analysis

2925 Casco Point Rd
Orono, 55391-9412

Thursday, January 9, 2014

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Active Listings

| Address | Price | Bds | Bth | TFSF | $/Sq | Built | Style | List Date | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| S=2925 Casco Point Rd | | 3 | 2 | 1,965 | | 1916 | 1 Story | | | |
| 1657 Dove Lane | $399,900 | 3 | 3 | 1938 | $206 | 1922 | Split Entry (Bi-Lev | 09/18/2013 | 113 | 348 |
| 1555 Dove Lane | $429,000 | 3 | 2 | 1186 | $362 | 1902 | One 1/2 Stories | 06/14/2013 | 211 | 211 |
| Averages: | $414,450 | 3.0 | 2.5 | 1562 | $284 | 1912 | | | 162 | 280 |

### Sold Listings

| Address | Price | Bds | Bth | TFSF | $/Sq | Built | Style | Sold Date | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|
| S=2925 Casco Point Rd | | 3 | 2 | 1,965 | | 1916 | 1 Story | | | |
| 3652 Kings Point Road | $376,100 | 3 | 3 | 2072 | $182 | 1940 | One Story | 04/15/2013 | 10 | 10 |
| 3652 Kings Point Road | $300,000 | 3 | 3 | 2072 | $145 | 1940 | One Story | 08/03/2012 | 59 | 59 |
| 1957 Lakeside Lane | $460,000 | 3 | 2 | 2096 | $219 | 1925 | One Story | 05/15/2012 | 3 | 3 |
| 4156 Highwood Road | $417,000 | 3 | 1 | 1625 | $257 | 1920 | Other | 12/13/2012 | 47 | 47 |
| 4825 Enchanted Lane | $460,000 | 3 | 2 | 1768 | $260 | 1920 | One Story | 05/31/2012 | 44 | 674 |
| Averages: | $402,620 | 3.0 | 2.2 | 1927 | $213 | 1929 | | | 33 | 159 |

| | |
|---|---|
| Median of Comparable Listings: | $417,000 |
| Average of Comparable Listings: | $406,000 |

On Average, the 'Sold' status comparable listings sold in 32.60 days for $402,620

Researched and prepared by **Zachary Pappas**
954 19th Ave NE Minneapolis, MN 55418-4651   612-267-6522

# Comparative Market Analysis

2925 Casco Point Rd
Orono, 55391-9412

Thursday, January 9, 2014

## Minimums and Maximums

This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

*Price is expressed as the the Sold Price for solds, and List Price for all other listings.

Priced between $300,000 and $460,000

3 Bedrooms

1.00 to 3.00 Bathrooms

1,186 to 2,096 Square Feet

$145 to $362 per Square Foot

Built between 1902 and 1940

74 to 112 years old

## CMA Comparables

This page outlines the subject property versus comparables properties.

  

| | **Subject Property** | **Details** | **Details** |
|---|---|---|---|
| | 2925 Casco Point Rd | 1657 Dove Ln | 1555 Dove Ln |
| **MLS#** | | 4413264 | 4380039 |
| **Status** | | Active | Active |
| **Sch Dist** | | 277 - Westonka | 277 - Westonka |
| **List Price** | | $399,900 | $429,000 |
| **Sold Price** | | | |
| **S. Cntrbtn** | | | |
| **Off Mrkt** | | | |
| **Dt Closed** | | | |
| **CDOM** | | 348 | 211 |
| **Beds** | 3 | 3 | 3 |
| **Baths** | 2 | 3 | 2 |
| **Style** | 1 Story | (SF) Split Entry (Bi-Level) | (SF) One 1/2 Stories |
| **Abv Sqft** | 809 | 1,292 | 1,186 |
| **Blw Sqft** | | 646 | 0 |
| **Total Sqft** | 1,965 | 1,938 | 1,186 |
| **Grg Stls** | | 2.00 | 1.00 |
| **Prk Char** | | Attached Garage, Tuckunder | Attached Garage, Tuckunder |
| **Year Built** | 1916 | 1922 | 1902 |
| **Lk/Wt** | | Lake Front | Lake Front, Dock |
| **Lk/WF Nm** | | Lake Minnetonka | Lake Minnetonka |
| **Lot Sz** | | 80x200 | Irregular |
| **Acres** | | 0.29 | 0.34 |
| **Fdtn Size** | | 1,292 | 786 |
| **Ext** | | Wood | Metal, Vinyl |
| **# FP** | | 0 | 1 |
| **Bsmt** | | Walkout, Full, Finished (Livable) | Partial, Concrete Block, Unfinished |
| **Amenit** | | Deck, Dock, Natural Woodwork, Kitchen Window | Porch, Dock, Natural Woodwork, Kitchen Window, Ceiling Fan(s), Hardwood Floors |

## CMA Comparables

This page outlines the subject property versus comparables properties.



| | **Subject Property** | **Details** | **Details** |
|---|---|---|---|
| | 2925 Casco Point Rd | 3652 Kings Point Rd | 3652 Kings Point Rd |
| **MLS#** | | 4333916 | 4156745 |
| **Status** | | Sold | Sold |
| **Sch Dist** | | 277 - Westonka | 277 - Westonka |
| **List Price** | | $375,000 | $399,900 |
| **Sold Price** | | $376,100 | $300,000 |
| **S. Cntrbtn** | | $9,000 | |
| **Off Mrkt** | | 02/15/2013 | 07/24/2012 |
| **Dt Closed** | | 04/15/2013 | 08/03/2012 |
| **CDOM** | | 10 | 59 |
| **Beds** | 3 | 3 | 3 |
| **Baths** | 2 | 3 | 3 |
| **Style** | 1 Story | (SF) One Story | (SF) One Story |
| **Abv Sqft** | 809 | 1,127 | 1,127 |
| **Blw Sqft** | | 945 | 945 |
| **Total Sqft** | 1,965 | 2,072 | 2,072 |
| **Grg Stls** | | 4.00 | 4.00 |
| **Prk Char** | | Detached Garage, Tandem, Insulated Garage, Heated Garage, Garage Door | Detached Garage, Insulated Garage, Heated Garage, Driveway - Gravel, |
| **Year Built** | 1916 | 1940 | 1940 |
| **Lk/Wt** | | Lake Front | Lake Front, Channel Shore |
| **Lk/WF Nm** | | Lake Minnetonka | Lake Minnetonka |
| **Lot Sz** | | 230x403x344x288 | 203x403x344x288 |
| **Acres** | | 2.63 | 2.63 |
| **Fdtn Size** | | 1,127 | 1,127 |
| **Ext** | | Wood | Wood |
| **# FP** | | 2 | 2 |
| **Bsmt** | | Walkout, Full, Finished (Livable), Day/Lookout Windows | Walkout, Full, Day/Lookout Windows |
| **Amenit** | | Deck, Patio, Dock, Natural Woodwork, Ceiling Fan(s), Hardwood Floors, Walk-In Closet | Deck, Patio, Dock, Natural Woodwork, Ceiling Fan(s), Hardwood Floors, Walk-In Closet |

# CMA Comparables

This page outlines the subject property versus comparables properties.

 

| | Subject Property | Details | Details |
|---|---|---|---|
| | 2925 Casco Point Rd | 1957 Lakeside Ln | 4156 Highwood Rd |
| MLS# | | 4141744 | 4159431 |
| Status | | Sold | Sold |
| Sch Dist | | 277 - Westonka | 277 - Westonka |
| List Price | | $449,900 | $429,000 |
| Sold Price | | $460,000 | $417,000 |
| S. Cntrbtn | | | |
| Off Mrkt | | 04/16/2012 | 07/22/2012 |
| Dt Closed | | 05/15/2012 | 12/13/2012 |
| CDOM | | 3 | 47 |
| Beds | 3 | 3 | 3 |
| Baths | 2 | 2 | 1 |
| Style | 1 Story | (SF) One Story | (SF) Other |
| Abv Sqft | 809 | 1,332 | 1,625 |
| Blw Sqft | | 764 | 0 |
| Total Sqft | 1,965 | 2,096 | 1,625 |
| Grg Stls | | 3.00 | 1.00 |
| Prk Char | | Attached Garage, Garage Door Opener | Detached Garage |
| Year Built | 1916 | 1925 | 1920 |
| Lk/Wt | | Lake Front | Lake Front, Dock |
| Lk/WF Nm | | Lake Minnetonka | Lake Minnetonka |
| Lot Sz | | NE50X250X50X210 | N 40X252X50X271 |
| Acres | | 0.22 | 0.26 |
| Fdtn Size | | 1,189 | 936 |
| Ext | | Wood | Wood |
| # FP | | 0 | 1 |
| Bsmt | | Walkout, Finished (Livable), Drain Tiled | Full |
| Amenit | | Deck, Patio, Natural Woodwork, Kitchen Window, Skylight, Hardwood Floors, Tiled Floors, Walk-In Closet, | Deck, Porch, Dock, Kitchen Window, Ceiling Fan(s), Sun Room, Washer/Dryer Hookup |

## CMA Comparables

This page outlines the subject property versus comparables properties.




| Subject Property | | Details | |
|---|---|---|---|
| 2925 Casco Point Rd | | 4825 Enchanted Ln | |
| **MLS#** | | 4131187 | |
| **Status** | | Sold | |
| **Sch Dist** | | 277 - Westonka | |
| **List Price** | | $499,000 | |
| **Sold Price** | | $460,000 | |
| **S. Cntrbtn** | | $9,000 | |
| **Off Mrkt** | | 04/28/2012 | |
| **Dt Closed** | | 05/31/2012 | |
| **CDOM** | | 674 | |
| **Beds** | 3 | 3 | |
| **Baths** | 2 | 2 | |
| **Style** | 1 Story | (SF) One Story | |
| **Abv Sqft** | 809 | 1,768 | |
| **Blw Sqft** | | 0 | |
| **Total Sqft** | 1,965 | 1,768 | |
| **Grg Stls** | | 0.00 | |
| **Prk Char** | | Uncovered/Open, Driveway - Gravel | |
| **Year Built** | 1916 | 1920 | |
| **Lk/Wt** | | Lake Front | |
| **Lk/WF Nm** | | Lake Minnetonka | |
| **Lot Sz** | | 150(L)x321x38x309 | |
| **Acres** | | 0.65 | |
| **Fdtn Size** | | 1,768 | |
| **Ext** | | Wood, Stucco | |
| **# FP** | | 1 | |
| **Bsmt** | | None | |
| **Amenit** | | Deck, Natural Woodwork, Kitchen Window, Tiled Floors, Washer/Dryer Hookup, Local Area Network, Multiple | |





# Zach Pappas
Licensed Real Estate Broker in the State of Minnesota

To whom it may concern:

In my opinion, based on the attached Market Analysis of Comparable properties, the property located at 2925 Casco Point Road, Wayzata, MN 55391 is valued at $417,000.

Sincerely,

Zachary Pappas

z.pappas@condo.com - Cell-612-267-6522 -Fax-651-323-5104
954 19th Avenue NE
Minneapolis, MN 55418



**Hennepin County**
A-600 Government Center
300 S. Sixth Street
Minneapolis, MN 55487-0060
612-348-3011   www.hennepin.us

**Proposed levies & taxes**
2013 values for taxes payable in 2014

# 2014

DONALD A DRIGGS
2925 CASCO POINT RD
WAYZATA MN 55391-9412

**THIS IS NOT A BILL — DO NOT PAY**

Property ID No: 20-117-23 31 0050
2925   CASCO POINT RD

## Property taxes statement schedule



### Step 1 — Value & classification

| TAX YEAR PAYABLE | 2013 | 2014 |
|---|---|---|
| CLASS: | RES NHSTD | RES NHSTD |
| Estimated Market Value: | $634,000 | $634,000 |
| Homestead Exclusion: | $0 | $0 |
| Other Exclusion/Deferral: | $0 | $0 |
| Taxable Mkt Value: | $634,000 | $634,000 |



### Step 2 — Proposed levies & taxes

| 2013 TAX | $7,435.52 |
|---|---|
| 2014 PROPOSED | $7,575.45 |
| Percent change | 1.9% |

**Now is the time to provide feedback on**
It is too late to appeal your value or classification without going to Tax Court.



### Property tax statement
Coming March 2014, due May 15, 2014 and Oct 15, 2014

| Addresses for correspondence | Actual 2013 | Proposed 2014 | Meeting date & location |
|---|---|---|---|
| Hennepin County<br>A2400 Government Center<br>Minneapolis MN 55487<br>612-348-3011 | $3,405.70 | $3,446.43 | Nov 26, 2013 6:00 PM<br>Commissioner Board Room<br>A2400 Government Center<br>Minneapolis MN 55487 |
| City of ORONO<br>Orono City Hall<br>PO Box 66<br>Crystal Bay MN 55323<br>952-249-4600 | $1,179.26 | $1,189.08 | Dec 9, 2013 6:30 PM<br>Orono Council Chambers<br>2780 Kelley Parkway<br>Orono MN 55356 |
| STATE GENERAL TAX | | | No meeting required |
| School District 277<br>  Voter Approved Levy:<br>  Other Local Levies:<br>  School District Total<br>Westonka Public Schools<br>5901 Sunnyfield Road East<br>Minnetrista MN 55364<br>952-491-8007 | $1,636.41<br>$526.80<br>$2,163.21 | $1,422.81<br>$806.56<br>$2,229.37 | Dec 9, 2013 7:00 PM<br>Community Room<br>Educational Service Center<br>5901 Sunnyfield Road E<br>Minnetrista MN 55364 |
| Metro Special Taxing Dist.<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805<br>651-602-1647 | $216.40 | $222.14 | Dec 11, 2013 6:00 PM<br>Metropolitan Council<br>390 Robert Street North<br>St Paul MN 55101-1805 |
| Other Spec. Taxing Dist:<br>Fiscal Disparity Tax:<br>Tax Increment Tax: | $470.95 | $488.43 | No meeting required<br>No meeting required<br>No meeting required |
| TAX EXCLUDING SPECIAL ASSESSMENTS | $7,435.52 | $7,575.45 | |