**PROPERTY ADDRESS:** ~~501~~ Sunrise Ave.

**PRICE:** ~~$108,000~~ *Sold for $80,000 8/9/13*

**Approx. 1,118 sq. ft.**



**MAIN FLOOR:**
*Kitchen w/ eating area
*Spacious Living room
*Large Master Bedroom
*2 additional bedrooms (one bedroom has hook-ups for main floor laundry)
*Full bathroom

**BASEMENT:**
*Family room w/ heater
*3/4 bathroom
*2 finished non-egress rooms
*2nd laundry room

*Large Double Garage w/ Seasonal craft room (21'x21')

*Excellent Condition- very well built

*Very large attractive lot

**IMPROVEMENTS:**
*Almost new concrete driveway
*Newer Shingles
*Newer Furnace
*Newer C/A
*Most windows replaced by prior owner

**ADDITIONAL FEATURES:**
*High-eff. Gas furnace
*C/A
*Large breaker box
*Rain gutters have covers
*Good storage
*Small deck off front door

2013 Taxes: $1,138
Parcel # 70.39168.0000
Legal: Lot 16, Blk. 2, Meyer's *Morningside Manor*

Patrick Flanders Realty, Inc.
"Paynesville's Oldest Active Real Estate Brokerage"
Patrick K. Flanders, Broker/Agent
207 Washburne Avenue
Paynesville, MN 56362
320-243-8484 (office phone & fax)
320-250-4705 (cell)
320-243-4439 (home)
Website: www.patrickflandersrealty.com



The listing broker does not guarantee the information describing this property. Interested parties are advised to independently verify this information through personal inspection or with appropriate professionals.

**PROPERTY ADDRESS: 111 Lake Ave. N**
**Paynesville**

*Sold for $58,000 8/16/13*

**PRICE: $62,000**


Lot Size 50' x 150'



**MAIN FLOOR:**

*Approx 1,150 sq. feet

*Full Bathroom

*Laundry Room

*Kitchen

*Large L-Shaped living with option of formal dining

*2 bedrooms

*Basement: Partial stone/poured

*Double Attached Garage 20' X 20'

*7' X 10' Shed

**OTHER FEATURES:**

*Furnace new in 2010

*Gas water heater

*Water softner

*NEW 100 AMP breaker box

*Wired for electic stove and dryer

*Central Air

*15' of public road for access

*Backup wall gas heater in front of the home

2013 Taxes: $584.00
Parcel # 70.38755.0000
Legal: Lot 9, GALES ADDN



Patrick Flanders Realty, Inc.
"Paynesville's Oldest Active Real Estate Brokerage"
Patrick K. Flanders, Broker/Agent
207 Washburne Avenue
Paynesville, MN 56362
320-243-9484 (office phone & fax)
320-260-4705 (cell)
320-243-4439 (home)
Website: www.patrickflandersrealty.com

The listing broker does not guarantee the information describing this property. Interested parties are advised to independently verify this information through personal inspection or with appropriate professionals.

PROPERTY ADDRESS: 326 Lake Ave

PRICE: ~~$68,000~~
$ 56,000

MAIN FLOOR: (approx. 912 sq ft)
*Kitchen
*Dining area
*Living room
*3 bedrooms
*Full bathroom
*Back Entry (9'x18')

BASEMENT:
*Unfinished

*Detached garage (16'x18')

*Wall A/C
*Hot water heat
*100 amp Breaker box
*Water Softener

IMPROVEMENTS BY CURRENT OWNER:
*New furnace in 2011
*New toilet
*New paint & flooring in 2011
*New ceiling fan

2013 Taxes: $668
Parcel# 70.39398.0000
Legal: Lot 4, Blk 2 Robbins 1st Paynesville

Patrick Flanders Realty, Inc.
"Paynesville's Oldest Active Real Estate Brokerage"
Patrick K. Flanders, Broker/Agent
207 Washburne Avenue
Paynesville, MN 56362
320-243-8484 (office phone & fax)
320-290-4705 (cell)
320-243-4439 (home)
Website: www.patrickflandersrealty.com

The listing broker does not guarantee the information describing this property. Interested parties are advised to independently verify this information through personal inspection or with appropriate professionals.

As of : 1/21/2014

**Parcel Number: 80-904-0080**

Payable Year: 2013

General Info | Tax Info | Current Receipts | Special Asmts | Unpaid Tax | History    Pay By Credit Card

**General**

| | | | |
|---|---|---|---|
| Receipt # | 18730 | Name | DRIGGS/DONALD A |
| ASMT | 201 RESIDENTIAL\SINGLE UNIT | | |
| Homestead | 0 NON HOMESTEAD | MP# | 80-904-0080 |
| Cho-HS | 99 | | |

**Market/Tax**

| | | | | | |
|---|---|---|---|---|---|
| Estimated Market | 108000 | Rate (112.11200) | 0.17603 | Gross Tax | 1,400.00 |
| Taxable Market | 108000 | County | 648.96 | Std/HACA/Cr | 0.00 |
| New Improvements | 0 | Twp/City | 310.10 | Spec Asmt | 50.00 |
| | | State | 0.00 | Net Tx Due | 1,450.00 |
| TC Total | 1080 | Sch Voter | 268.63 | | |
| TC Hstd | 0 | Sch Other | 126.66 | Tax AB/Adds | 0.00 |
| TC Non Hstd | 1080 | County Wide | 4.73 | S.A. AB/Adds | 0.00 |
| TC H G Hstd | 0 | Tax Incr | 0 | Adjusted Net | 1,450.00 |
| TC QTA | 0 | Debt | 0.00 | | |
| | | Watershed | 28.37 | Total Receipts | 1,450.00 |
| TC State | 0 | Sewer | 0 | Remaining Due | 0.00 |
| Hstd Credit | 0.00 | Agri | 0 | | |
| Ag Credit | 0.00 | | | | |
| Other Credit | 0.00 | City | 0.00 | MAY 15 | 725.00 |
| | | Sch Ref-Info | 190.11 | OCT 15 | 725.00 |
| | | Extra C.W. | 12.65 | | |
| QTA Tax Amt | 0.00 | Non Sch Ref | 0 | | |

Another Search |    Back to ParcelList |



**Patrick Flanders, Broker**
207 Washburne Ave.
Paynesville, MN 56362

January 22, 2014

I am familiar with the property located 29317 145th St NE. Regal MN. When asked to do a market analysis on this property, one must realize the limitations on this type of property.

First, it is located in a very small town of approximately 15 residences. Towns of this size have very low demand in terms of new people wishing to move there to live. Minimal demand equals to minimal price. Further, this property is experiencing deferred maintenance and I would also be concerned about mold as I have witnessed standing water in the basement in the past.

I am not aware of any comp sales in Regal to assist us in this analysis which supports the concept of low demand in this type of market. Included with this analysis are three sales from Paynesville which is definitely a higher valued market. The property located at 501 Sunrise Ave. which sold for $80,000 is an excellent example of what the subject property is not worth. The two smaller homes which both sold for $58,000 would be competitive with the subject property.

The county tax assessor has the subject property valued at $108,000. My only conclusion is the assessor is basing value more on the square footage and style of the home as opposed to condition and location.

In summary it is my conclusion that the subject property is worth approximately $60,000.

Sincerely,

*Patrick Flanders*
Patrick Flanders

COUNTY OFFICE BUILDING
PO BOX 936
WILLMAR, MN 56201

- THIS IS NOT A BILL - DO NOT PAY -

IMPORTANT INFORMATION IS PRINTED ON THE BACK OF THIS FORM

Property ID: 80-904-0080      Taxpayer #  37279

### VALUES AND CLASSIFICATION

| Taxes Payable Year | 2013 | 2014 |
|---|---|---|
| Estimated Market Value: | 108,000 | 106,500 |
| Homestead Exclusion: | | |
| Other exclusions/deferrals: | | |
| Taxable Market Value: | 108,000 | 106,500 |
| Property Classification: | RES NON-HSTD | RES NON-HST |

DONALD A DRIGGS            8286 1
2925 CASCO POINT RD
WAYZATA MN 55391

**Legal Description:**
SECT-04 TWP-122 RANG-33
THAT PART OF THE S 20 RODS OF THE W 16 RODS
OF THE SW1/4 OF NW1/4 LYING S OF THE FLWG
DESC LINE:COMM AT THE SW COR OF SD SW1/4 OF
NW1/4,TH N 161.77' TO PT OF BEG OF LINE
**Property Address:**
29317 145TH ST NE

Step 2

Step 3

### PROPOSED TAX

1,290.00

**PROPERTY TAX STATEMENT**

Will be mailed to you in Spring of 2014

### Proposed Property Taxes and Meetings by Jurisdiction for Your Property

| Contact Information | Meeting Information | Actual 2013 | Proposed 2014 |
|---|---|---|---|
| KANDIYOHI COUNTY<br>PH# 320-231-6215<br>2200 - 23RD ST NE<br>WILLMAR, MN 56201 | 6:00 P.M. DEC 5<br>H & H S BUILDING<br>2200 - 23RD ST NE | 648.96 | 610.08 |
| REGAL CITY<br>PH# 320-243-4810<br>14451 STATE HWY #55 N.E.<br>BELGRADE, MN 56312 | NO MEETING REQUIRED | 310.10 | 306.93 |
| STATE GENERAL TAX | | .00 | .00 |
| PAYNESVILLE          741<br>PH# 320-243-3410<br>SCHOOL DISTRICT #741<br>PAYNESVILLE, MN 56362 | 6:30 P.M. DEC. 3<br>HIGH SCHOOL SEMINAR<br>ROOM | | |
| VOTER APPROVED LEVIES | | 268.53 | 248.44 |
| OTHER LOCAL LEVIES | | 126.66 | 82.87 |
| SPECIAL TAXING DISTRICTS | | 45.75 | 41.68 |
| TAX INCREMENT | | .00 | .00 |
| **TOTAL** Excluding Special Assessments | Percent Change  7.8- % | 1,400.00 | 1,290.00 |

The time to provide feedback on
PROPOSED LEVIES is NOW