UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

***

In re:

DONALD ANDREW DRIGGS,

Debtor.

ORDER DENYING CONFIRMATION
OF DEBTOR'S THIRD MODIFIED
CHAPTER 11 PLAN

BKY 13-42355

***

At St. Paul, Minnesota
August 27, 2014.

This Chapter 11 case came on before the court on August 25 - 27, 2014, for an evidentiary hearing on the confirmation of the Debtor's Third Modified Chapter 11 Plan; on the objections to confirmation filed by various creditors; on the United States Trustee's motion to dismiss or convert this case; and on two motions for relief from stay. Appearances were noted in the record. Upon the decision memorialized on the record after the close of evidence on August 27, 2014,

IT IS HEREBY ORDERED that confirmation of the Debtor's Third Modified Chapter 11 Plan of Reorganization dated and filed April 23, 2014 is denied. The Debtor is not granted leave to file a further modified plan.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/27/2014*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk