# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Case No. BKY _13 - 42355_

Donald Andrew Driggs

Chapter 11 Case, now Chapter 7 Case

Debtor.

## FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION
## UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE
## PURSUANT TO BANKRUPTCY RULE 1019(5) AND LOCAL RULE 1019-1(a)(2)

**NOTE:** An original and three conformed copies of this final report, and one unpaid entities matrix, must be filed with the Clerk's office within 15 days of receipt of this form. Prepare and attach separate exhibits where necessary.

## I. Cash

(a)     Total case receipts received during chapter 11 case (include)

cash on hand when the petition was filed).       $ 230,368.53.

(b)     Total cash disbursements during chapter 11 case.       $ 196,207.07

(c)     Cash balance on hand at date of conversion.       $ 34161.54

(d)     Is the cash balance on hand stated above subject to a security       _NO._
interest?

(e)     If so, state the name and address of the secured creditor and the amount unpaid on the
date of conversion on the security agreement:

Name and Address of Secured Creditor                Amount Unpaid

Page 2, Final Report of _Donald Andrew Driggs_, Debtor

## II. Accounts Receivable

(a)   Total amount due the debtor from other entities on date the case was converted to a chapter 7 case.                    $ _20,000_ *

(b)   Is the account receivable balance stated above subject to a security interest?                    _Yes_

(c)   If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

Nationstar

Name and address of secured creditor          Amount unpaid
c/o Jared Kemper                               $

\* excludes post-conversion rents

(d)   Itemize below all accounts receivable due the debtor from other entities on the date the case was converted to a chapter 7 case:

| Name and address of account obligor | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|
| Assurance Ins. Co | amended insurance claim Re: 2925 Casco Pt. | | $20,000 |

Page 3, Final Report of _Donald Andrew Driggs_, Debtor

### III. Accounts Payable

(a) Total unpaid debts incurred during chapter 11 case.      $ _7434.55_

(b) Itemize below all unpaid debts incurred during the chapter 11 case, including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

| Name and Address of unpaid entities | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|
| see attachment 1 | | | |

### IV. Matrix

Pursuant to Local Rule 311(a)(2) prepare and file with this report an appropriate matrix for mailing purposes containing the names and addresses of all unpaid entities listed above in Section III(b).

Page 4, Final Report of **Donald Andrew Driggs** , Debtor

### V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to a chapter 7 case:

| Description of property | Value Scheduled in Schedules B 1-2-3 or Schedules A-B-C | If disposed of, explain disposition | If retained, value on date of conversion |
| --- | --- | --- | --- |
| None | | | |

### VI. New Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable *that were acquired by the debtor during the chapter 11 case* and that were disposed of during the chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case:

| Description of property | Price paid for property | If disposed of, explain disposition | If retained, value on date of conversion |
| --- | --- | --- | --- |
| beds | $2,500 | | $700 |

Page 5, Final Report of _Donald Andrew Driggs._ , Debtor

## VII. Executory Contracts and Unexpired Leases

(a) Rejected  List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

None

(b) New, assumed, or not rejected  List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

See Attachment 2

The final report above, consisting of five pages and ___2___ exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: _9\11\2014_   Signed: X _____

Type name: _Donald Andrew Driggs_

The _____ of or for the debtor.

Name of debtor: _Donald Andrew Driggs_

**NOTE:** File matrix of unpaid entities with this report: see Section IV above.

10/21/92;
Local Rule 311(a)(2).

**Attachment 1**

| Name and Address of Unpaid Entity | Kind of Debt | Date Incurred | Amount |
|---|---|---|---|
| Centerpoint Energy<br>800 LaSalle Ave., Mpls. MN 55402 | Utilities | | $ 899.55 |
| Paula Anderson<br>3990 Sunset Dr., Spring Park, MN 55384 | Cleaning | | $ 435.00 |
| MN Department of Revenue<br>P.O. Box 64649, St. Paul, MN 55164 | Unpaid Sales Tax | | $ 3,500.00 |
| Rick M. Illies<br>1605 Maple Manor Rd., Mound, MN 55364 | Appraisal Services | | $ 2,000.00 |
| Craig Holmgren<br>412 Lakeland Dr., NE, Willmar, MN 56201 | Appraisal Services | | $ 600.00 |
| Mary Cocchiarella<br>c/o Gary Van Winkle, Esq.<br>Mid-Minnesota Legal Aid<br>430 First Avenue North Suite 300<br>Minneapolis, MN 55401 | Disputed Claim | | $ Unknown |

**Attachment 2**

Paula Anderson, 3990 Sunset Dr., Spring Park, MN 55384
Residential Lease on Apartment 1, 3990 Sunset Drive, Spring Park, MN 55384

Kristi Borne, 3990 Sunset Dr., Spring Park, MN 55384
Residential Lease on Apartment 2, 3990 Sunset Drive, Spring Park, MN 55384

Ginger Halverson, 29317 145th Street, NE, Belgrade, MN 56312
Residential Lease on 29317 145th Street, NE, Belgrade, MN 56312