**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

BKY No. 13-42355

In re:

Donald Andrew Driggs,

     Debtor.

_____

**ORDER**
_____

The trustee's application to approve his employment of Fuller, Seaver, Swanson & Kelsch, P.A. as his attorneys came before the court.   Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

IT IS ORDERED: The employment is approved.

Dated: October 10, 2014

*/e/ Gregory F. Kishel*

_____
Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/10/2014*
Lori Vosejpka, Clerk, by SJAR

United States Bankruptcy Court
District of Minnesota

In re:                                                                    Case No. 13-42355-GFK
DONALD ANDREW DRIGGS                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4           User: qcsam              Page 1 of 2          Date Rcvd: Oct 10, 2014
                               Form ID: pdf111          Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2014.
aty            +FULLER SEAVER SWANSON & KELSCH,    12400 PORTLAND AVENUE SOUTH STE 132,
                BURNSVILLE, MN 55337-6805
intp           +Bank of America, N.A.,    c/o Wilford, Geske & Cook, P.A.,    8425 Seasons Pkwy, Suite 105,
                Woodbury, MN 55125-4393
intp           +CitiMortgage, Inc.,    4500 Park Glen Road,    Suite 300,    Minneapolis, MN 55416-4891
intp           +CitiMortgage, Inc.,    c/o Wilford, Geske & Cook P.A.,    8425 Seasons Parkway,    Suite 105,
                Woodbury, MN 55125-4393
intp           +IRS,    SPECIAL ASST US ATTORNEY,    380 JACKSON ST STE 650,    ST PAUL, MN 55101-4804
intp           +JPMorgan Chase Bank,    National Association,    4500 Park Glen Road,    Suite 300,
                St. Louis Park, MN 55416-4891
intp           +Nationstar Mortgage, LLC,    Wilford, Geske & Cook, P.A.,    8425 Seasons Pkwy, Suite 105,
                Woodbury, MN 55125-4393
intp           +WELLS FARGO BANK NA,    25 N DALE ST 2ND FLR,    ST PAUL, MN 55102-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: don@suburbanworldtheatre.com Oct 10 2014 22:12:33     DONALD ANDREW DRIGGS,
                POST OFFICE BOX 405,    SPRING PARK, MN 55384-0405
                                                                                    TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2014 at the address(es) listed below:
              Gary  Van Winkle    on behalf of Creditor MARY L COCCHIARELLA gvanwinkle@mylegalaid.org,
               murich@mylegalaid.org;dldaniels@mylegalaid.org
              James A. Geske    on behalf of Interested Party    CitiMortgage, Inc. jgeske@wilfordgeske.com,
               rtveit@wgcmn.com;jegge@wgcmn.com
              Jared D. Kemper    on behalf of Interested Party    Nationstar Mortgage, LLC jkemper@dykema.com,
               cgessell@dykema.com
              Joseph W. Dicker    on behalf of Debtor DONALD ANDREW DRIGGS joe@joedickerlaw.com,
               joyce@joedickerlaw.com
              Kevin T. Dobie    on behalf of Interested Party    JPMorgan Chase Bank,   National Association
               kevin@uwllaw.com,   alysa@uwllaw.com;maria@uwllaw.com;darren@uwllaw.com;melissa@uwllaw.com
              Kevin T. Dobie    on behalf of Interested Party    CitiMortgage, Inc. kevin@uwllaw.com,
               alysa@uwllaw.com;maria@uwllaw.com;darren@uwllaw.com;melissa@uwllaw.com
              Melissa  Hedtke    on behalf of Interested Party    IRS melissa.j.hedtke@irscounsel.treas.gov,
               stpirs.bk.email@irscounsel.treas.gov
              N. Kibongni  Fondungallah    on behalf of Interested Party    WELLS FARGO BANK NA
               kibong@schillerandadam.com,
               candace@schillerandadam.com;denise@schillerandadam.com;samuel@schillerandadam.com
              Orin J. Kipp    on behalf of Interested Party    Nationstar Mortgage, LLC okipp@wilfordgeske.com,
               jegge@wgcmn.com;cadams@wgcmn.com;lfrancis@wgcmn.com
              Orin J. Kipp    on behalf of Interested Party    Bank of America, N.A. okipp@wilfordgeske.com,
               jegge@wgcmn.com;cadams@wgcmn.com;lfrancis@wgcmn.com
              Orin J. Kipp    on behalf of Interested Party    CitiMortgage, Inc. okipp@wilfordgeske.com,
               jegge@wgcmn.com;cadams@wgcmn.com;lfrancis@wgcmn.com
              Paul A. Weingarden    on behalf of Interested Party    JPMorgan Chase Bank,   National Association
               alysa@uwllaw.com,   paul@uwllaw.com;darren@uwllaw.com;maria@uwllaw.com;melissa@uwllaw.com
              Randall L. Seaver    rseaver@fssklaw.com,   rseaver@ecf.epiqsystems.com
              Randall L. Seaver    on behalf of Attorney    FULLER SEAVER SWANSON & KELSCH rseaver@fssklaw.com
              Randall L. Seaver    on behalf of Trustee Randall L. Seaver rseaver@fssklaw.com
              Rebecca F Schiller    on behalf of Interested Party    WELLS FARGO BANK NA
               rebecca@reiterandschiller.com,   candace@reiterandschiller.com;denise@schillerandadam.com

District/off: 0864-4          User: qcsam           Page 2 of 2           Date Rcvd: Oct 10, 2014
                             Form ID: pdf111        Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sarah J Wencil   on behalf of U.S. Trustee   US Trustee Sarah.J.Wencil@usdoj.gov
          Thomas  Flynn   on behalf of Debtor DONALD ANDREW DRIGGS tflynn@larkinhoffman.com,
           bpeppersack@larkinhoffman.com;jreding@larkinhoffman.com;bhogan@larkinhoffman.com
          US Trustee   ustpregion12.mn.ecf@usdoj.gov
                                                                                TOTAL: 19