**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                  BKY No. 13-42355

Donald Andrew Driggs,                                              **NOTICE OF SETTLEMENT**

       Debtor.

To:    The United States Trustee, all creditors and other parties in interest.

On or after, December 9, 2016, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a claim of the bankruptcy estate as follows:

Plaintiff Mary Cocchiarella ("Tenant"), by and through her attorney, and Defendant Donald A. Driggs ("Landlord") (collectively, "the parties"), and with the participation and approval of Chapter 7 Bankruptcy Trustee Randall L. Seaver, jointly stipulate as follows:

On June 5, 2014, pursuant to Stipulation of Tenant and Landlord, Hennepin County District Court Referee JaPaul J. Harris entered an Order directing that $4800 (forty-eight hundred no xx/00 dollars) ("bond deposit")--on deposit with the Housing Court in connection with the Tenant's lockout petition---be held by the Court as and for bond pending the determination of the Tenant's Judge Review action, brought following the Referee's ruling on Tenant's lockout petition.  All of these funds originated with Tenant.  On October 21, 2014, District Court Judge Marta M. Chou entered an Order affirming the Referee's lockout petition decision, which had dismissed Tenant's lockout petition with prejudice.  On May 8, 2013, Landlord filed a petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, and that Chapter 11 case was converted to a Chapter 7 case pursuant to an Order of the Bankruptcy Court dated August 27, 2014.  The facts giving rise to this state court lockout petition took place after May 8, 2013, but prior to August 27, 2014, thus any possible claim Landlord may have against the bond deposit, since it has not been exempted, is property of Landlord's bankruptcy estate, subject to administration by the Chapter 7 Trustee, pursuant to 11 U.S.C. § 704.  Pursuant to Stipulation of the parties, on May 25, 2014, the Bankruptcy Court entered an Order granting Tenant relief from the automatic stay to pursue this state court action.  On October 31, 2014, Tenant served and filed a Notice of Appeal and related documents, seeking review of Judge Chou's ruling in the Minnesota Court of Appeals.  On September 8, 2015, the Minnesota Court of Appeals filed its decision affirming in part, reversing in part, and remanding the matter to the Housing Court for further proceedings.  On October 8, 2015, Tenant served and filed a Petition for Review with the Minnesota Supreme Court.  On December 15, 2015, the Minnesota Supreme Court filed an Order granting Tenant's Petition for Review.  On August 31, 2016, the Minnesota Supreme Court filed its decision reversing that part of the decision of the Minnesota Court of Appeals ruling under review, and remanded the matter to the Housing Court for further proceedings.  On October 19, 2016 the Housing Court issued a Notice of Hearing setting this matter for hearing 8:30 a.m. Wednesday, November 16, 2016.

The parties have agreed to resolve all issues relating to this matter on the following terms:

1.     Landlord agrees and Stipulates that the entire $4800 (forty eight hundred dollars) currently on deposit with the housing court or with the district court administrator as bond pursuant to the Housing Court's Order of June 5, 2014, may be immediately released to Tenant, and that Landlord will not oppose any motion or request for its release by Tenant, and Landlord will not make any claims for deductions of any kind from this $4800, and Landlord permanently waives any claims for costs, disbursements, or fees in connection with this action and also in connection with bankruptcy adversary proceeding no. 14-4227 (WJF).  Further, Landlord agrees to cooperate and execute documents as may be necessary to give this Stipulation full effect and conclude the above adversary proceeding.

2.     Upon approval of this Stipulation in both the Housing Court and the U.S. Bankruptcy Court, the parties agree that the Court may immediately dismiss this action, no. 27-CV-HC-14-967.

3.     Each party shall bear his or her own costs in Housing Court action no. 27-CV-HC-14-967, and in bankruptcy adversary proceeding no. 14-4227 (WJF).  Each party expressly waives any claim or entitlement to costs, disbursements, or attorney's fees, whether available pursuant to statute or otherwise.  Tenant releases all claims against the bankruptcy estate in case no. 13-42355 WJF, and withdraws with prejudice her proof of claim filed in that bankruptcy case.

4.     Landlord and the bankruptcy estate in Landlord's bankruptcy case permanently waive any and all claims, counterclaims, cross claims, causes of action, or the like Landlord or the bankruptcy estate in Landlord's bankruptcy case had or may have had against Tenant in connection with Tenant's lockout petition or events preceding and giving rise to, or related to Tenant's lockout petition, and permanently release Tenant from any such claims, counterclaims, cross claims or causes of action, actual or possible.

5.     All terms of this Stipulation are inter-dependent.

6.     This Stipulation constitutes the full and complete agreement of the parties, and may be modified only by subsequent agreement signed by all parties and the Chapter 7 Trustee. Acceptance of this Settlement offer by Landlord shall be by notarized signature of Landlord. Tenant reserves the right to revoke this Settlement offer at any time before Landlord's acceptance is received by Tenant's legal counsel.

7.     This Settlement Agreement and Stipulation is subject to and contingent upon Bankruptcy Court approval, which shall be sought by the Trustee.
The trustee believes the settlement terms to be reasonable and in the best interest of the estate.

**OBJECTION: MOTION: HEARING.**   Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an

objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 300 South Fourth Street, Suite 301 | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: November 16, 2016                    /e/ Randall L. Seaver
                                            Randall L. Seaver, Trustee
                                            12400 Portland Avenue South, Suite 132
                                            Burnsville, MN 55337
                                            (952) 890-0888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DONALD ANDREW DRIGGS | CASE NO: 13-42355 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 11/16/2016, I did cause a copy of the following documents, described below,

Notice of Settlement,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/16/2016

/s/ Randall L. Seaver
Randall L. Seaver  152882
Trustee in Bankruptcy
12400 Portland Avenue South
Burnsville, MN  55337
952 890 0888
tjameson@fssklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DONALD ANDREW DRIGGS | CASE NO: 13-42355 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 7 <br> ECF Docket Reference No. <br> Judge: <br> Hearing Location: <br> Hearing Date: <br> Hearing Time: <br> Response Date: |

On 11/16/2016, a copy of the following documents, described below,

Notice of Settlement,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/16/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Trustee in Bankruptcy
Randall L. Seaver
12400 Portland Avenue South
Burnsville, MN  55337

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

```
1  LABEL MATRIX FOR LOCAL NOTICING        2  BANK OF AMERICA NA                    3  CITIMORTGAGE INC
   08644                                     CO WILFORD GESKE  COOK PA                4500 PARK GLEN ROAD
   CASE 13-42355                             8425 SEASONS PKWY SUITE 105             SUITE 300
   DISTRICT OF MINNESOTA                     WOODBURY MN 55125-4393                  MINNEAPOLIS MN 55416-4891
   MINNEAPOLIS
   WED NOV 16 10-23-33 CST 2016


4  CITIMORTGAGE INC                       5  FIA CARD SERVICES NA                  6  FULLER SEAVER SWANSON  KELSCH
   CO WILFORD GESKE  COOK PA                 4161 PIEDMONT PARKWAY                    12400 PORTLAND AVENUE SOUTH STE 132
   8425 SEASONS PARKWAY                      NC4 105 03 14                            BURNSVILLE MN 55337-6805
   SUITE 105                                 GREENSBORO NC 27410
   WOODBURY MN 55125-4393


7  IRS                                    8  JPMORGAN CHASE BANK NATIONAL          9  NATIONSTAR MORTGAGE LLC
   SPECIAL ASST US ATTORNEY                  ASSOCIATION                              WILFORD GESKE  COOK PA
   380 JACKSON ST STE 650                    4500 PARK GLEN ROAD                      8425 SEASONS PKWY SUITE 105
   ST PAUL MN 55101-4804                     SUITE 300                                WOODBURY MN 55125-4393
                                             ST LOUIS PARK MN 55416-4891
```

*EXCLUDE*

```
10  THE BANK OF NEW YORK MELLON FKA       11  WELLS FARGO BANK NA                  12  MINNEAPOLIS
THE BANK OF                                   25 N DALE ST 2ND FLR                     301 US COURTHOUSE
   SHAPIRO  ZIELKE LLP                        ST PAUL MN 55102-2227                    300 SOUTH FOURTH STREET
   12550 WEST FRONTAGE ROAD                                                            MINNEAPOLIS MN 55415-1320
   SUITE 200
   BURNSVILLE MN 55337-2475


13  CITIMORTGAGE INC                      14  A J DRIGGS                           15  ACMC
    PO BOX 688971                             12135 13TH ST NW                         PO BOX 1318
    DES MOINES IA 50368-8971                  SPICER MN 56288-9314                     WILLMAR MN 56201-1318


16  ARNEL OIL CO                          17  AURORA LOAN SERVICES                 18  BANK OF AMERICA
    33 OLD HYW 8 NW                           2617 COLLEGE PARK                        PO BOX 15726
    NEW BRIGHTON MN 55112                     PO BOX 1706                              WILMINGTON DE 19886-5726
                                              SCOTTSBLUFF NE 69363-1706


19  BANK OF AMERICA                       20  BDS                                  21  BERGERSON CASWELL
    PO BOX 15726                              2430 ENTERPRISE DRIVE                    5115 INDUSTRIAL STREET
    WILMNGTON DE 19886-5726                   SAINT PAUL MN 55120-1143                 MAPLE PLAIN MN 55359-8610


22  CENTERPOINT ENERGY                    23  CENTERPOINT ENERGY                   24  CHASE BANK
    PO BOX 1144                               PO BOX 4567                              PO BOX 78420
    MINNEAPOLIS MN 55440-1144                 HOUSTON TX 77210-4567                    PHEONIX AZ 85062-8420


25  CHASE CARDMEMBER SERVICES             26  CHASE CARDMEMBER SVCS                27  CIT I MORTGAGE
    PO BOX 94014                              PO BOX 790005 ATTN MS305                 PO BOX 689196
    PALATINE IL 60094-4014                    PALATINE IL 60094-4014                   DES MOINES IA 50368-9196
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| 28  CITI MORTGAGE<br>PO BOX 790005<br>ATN MS 305<br>SAINT LOUIS MO 63179-0005 | 29  CITY OF ORONO<br>2750 KELLEY PARKWAY<br>CRYSTAL BAY MN 55323 | 30  CITY OF ORONO<br>750 KELLEY PKWY<br>CRYSTAL BAY MN 55323 |
| 31  CITY OF ORONO<br>PO BOX 66<br>CRYSTAL BAY MN 55323-0066 | 32  CONVERGENT OUTSOURCING INC<br>800 SW 39TH<br>PO BOX 9004<br>RENTON WA 98057-9004 | 33  COY ASSOCIATES<br>5700 SMETANA DR STE 110<br>HOPKINS MN 55343-9686 |
| 34  CRAIG HOLMGREN<br>412 LAKELAND DRIVE NE<br>WILLMAR MN 56201-2605 | 35  CROWN BANK EDINA<br>6600 FRANCE AVE SO<br>EDINA MN 55435-1805 | 36  CHARLES PRIESS<br>8817 W 35TH STREET<br>315<br>ST LOUIS PARK MN 55426-3899 |
| 37  DAVID UMBEHOCKER<br>3860 SHORELINE DRIVE<br>WAYZATA MN 55391-9785 | 38  DISCH JOSEPH ET AL<br>11189 HILLSBORO AVE NO<br>CHAMPLIN MN 55316-3128 | 39  DOOLEYS PETROLEUM INC<br>PO BOX 100<br>MURDOCK MN 56271-0100 |
| 40  FIA CARD SERVICES NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 | 41  FIRST NATIONAL BANK OF LAKES<br>2445 SHADYWOOD RD<br>NAVARRE MN 55392 | 42  HINSHAW CULBERTSON<br>333 S 7TH ST<br>SUITE 2000<br>MINNEAPOLIS MN 55402-2431 |
| 43  HOLLY L NEFF<br>3543 24TH AVE S<br>MINNEAPOLIS MN 55406-2529 | 44  INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 45  JC CHRISTENSEN ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 |
| 46  JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>3415 VISION DRIVE MAIL CODE OH47142<br>COLUMBUS OH 43219-6009 | 47  KANDIYOHI COUNTY<br>PO BOX 896<br>WILLMAR MN 56201-0896 | 48  LDC COLLECTIONS<br>PO BOX 4967<br>TRENTON NJ 08650-4967 |
| 49  MARILYN WASIK<br>3201 HENNEPIN AVE<br>MINNEAPOLIS MN 55408-3448 | 50  MARILYN WASIK<br>5452 EMERSON AVE S<br>MINNEAPOLIS MN 55419-1619 | 51  MARY COCCHIARELLA<br>1096 E ST<br>ST PAUL MN 55106 |
| 52  MARY COCCHIARELLA<br>CO GARY VAN WINKLE ESQ<br>430 FIRST AVENUE NORTH 300<br>MINNEAPOLIS MN 55401-1742 | 53  MINNEAPOLIS FINANCE DEPT<br>PO BOX 77028<br>MINNEAPOLIS MN 55480-7728 | 54  MN DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL MN 55164-0447 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55  MN DEPT OF LABOR   INDUSTRY          56  NATIONSTAR MORTGAGE LLC            57  NATIONSTAR MORTGAGE
     443 LAFAYETTE ROAD                       PO BOX 619096                          PO BOX 650783
     SAINT PAUL MN 55155-4301                 DALLAS TX 75261-9096                   DALLAS TX 75265-0783




58  NORTHERN STATES POWER                59  NORTHERN STATES POWER CO           60  NSP DBA XCEL ENERGY
     EXCEL ENERGY                             XCEL ENERGY                            PO BOX 9477
     PO BOX 9477                              3215 COMMERCE ST                       MINNEAPOLIS MN 55484-0001
     MINNEAPOLIS MN 55484-9477                LA CROSSE WI 54603-1755




61  PARK HEATING   COOLING               62  PAUL REGIONAL WATER SERVICE        63  PAULA ANDERSON
     7801 PARK DRIVE                          1900 RICE STREET                       3990 SUNSET DRIVE
     CHANHASSEN MN 55317-9210                 SAINT PAUL MN 55113-6810               SPRING PARK MN 55384-8401




64  PYOD LLC ITS SUCCESSORS AND          65  RICK M ILLIES                      66  RMS
     ASSIGNS AS ASSI                          1605 MAPLE MANOR ROAD                  4836 BRECKSVILLE ROAD
     OF ROUNDUP FUNDING LLC                   MOUND MN 55364-1152                    RICHFIELD OH 44286-9178
     RESURGENT CAPITAL SERVICES
     PO BOX 19008
     GREENVILLE SC 29602-9008




67  ROD MCCHARLES                        68  ROMER   ASSOCIATES                 69  SARAH MOLLET
     7650 HALSTEAD DR                         2318 1ST AVE SO                        2277 CARTER AVE
     MINNETRISTA MN 55364-9594                MINNEAPOLIS MN 55404-3405              SAINT PAUL MN 55108-1661




70  TONY MUDEK WASTE SERVICE             71  TRANSWORLD SYSTEM                  72  UPTOWN TRANSFER
     BOX 248                                  PO BOX 15520                           3040 FOURTH AVE SO
     NEWPORT MN 55055-0248                    WILMINGTON DE 19850-5520               MINNEAPOLIS MN 55408-2409




73  UPTOVLN TRANSFER                     74  US TRUSTEE                         75  UNITED STATES TRUSTEES
     3040 4TH AVE SO                          1015 US COURTHOUSE                     300 SOUTH FOURTH STREET
     MINNEAPOLIS MN 55408-2409                300 S 4TH ST                           SUITE 1015
                                              MINNEAPOLIS MN 55415-3070              MINNEAPOLIS MN 55415-3070




76  WELLS FARGO HOME MTG                 77  WILLIAM H HENNEY                   78  WELLS FARGO BANK NA
     PO BOX 5296                              5101 THIMSEN AVE STE 200               ONE HOME CAMPUS MAC X230204C
     CAROL STREAM IL 60197-5296               MINNETONKA MN 55345-4116               BANKRUPTCY PAYMENT PROCESSING
                                                                                     DES MOINES IA 50328-0001



                                                     DEBTOR
79  YOCUM OIL                            80  DONALD ANDREW DRIGGS               81  DOUGLAS STONE
     2719 STILLWATER ROAD                     POST OFFICE BOX 405                    H  R BLOCK
     SAINT PAUL MN 55119-3694                 SPRING PARK MN 55384-0405              6312 MINNETONKA BLVD
                                                                                     ST LOUIS PARK MN 55416-2061
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
82  JOSEPH W DICKER              83  LINDA M BERREAU CPA          84  MARY L COCCHIARELLA
    JOSEPH W DICKER PA               16418 GLADYS LANE                1096 EARL ST
    1406 WEST LAKE STREET            MINNETONKA MN 55345-2840          ST PAUL MN 55106-2705
    SUITE 208
    MINNEAPOLIS MN 55408-2653
```

*EXCLUDE*

```
85  RANDALL L SEAVER             86  THOMAS FLYNN
    12400 PORTLAND AVENUE SOUTH      LARKIN HOFFMAN DALY  LINDGREN
    SUITE 132                        8300 NORMAN CENTER DR
    BURNSVILLE MN 55337-6605         STE 1000
                                     BLOOMINGTON MN 55437-1060
```
(entry 85 struck through)